**MILBERG LLP**
DAVID E. AZAR (SBN 218319)
NICOLE DUCKETT FRICKE (SBN 198168)
One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, California 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975
dazar@milberg.com
ndfricke@milberg.com

**GRANT & EISENHOFER, P.A.**
ADAM J. LEVITT (pro hac vice)
EDMUND S. ARONOWITZ (pro hac vice)
30 North LaSalle Street, Suite 1200
Chicago, Illinois 60602
Telephone: (312) 214-0000
Facsimile: (312) 214-0001
alevitt@gelaw.com
earonowitz@gelaw.com

Plaintiffs' Interim Class Counsel

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE CONAGRA FOODS, INC. | Case No. CV 11-05379-MMM (AGRx), MDL NO. 2291 |
| | <u>CLASS ACTION</u> |
| | **NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL** |
| | DATE: July 14, 2014<br>TIME: 10:00 a.m.<br>CTRM.: 780<br>JUDGE: Hon. Margaret M. Morrow |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 14, 2014, at 10:00 a.m., or as soon thereafter as they may be heard, in Courtroom 780 of the United States District Court for the Central District of California, 255 East Temple Street, Los Angeles, California, 90012, Plaintiffs Robert Briseño, Michele Andrade, Jill Crouch, Julie Palmer, Pauline Michael, Cheri Shafstall, Dee Hopper-Kercheval, Phyllis Scarpelli, Kelly McFadden, Necla Musat, Maureen Towey, Erika Heins, Rona Johnston, and Anita Willman will, and hereby do, respectfully move this Honorable Court to certify this action as a class action against Defendant, ConAgra Foods, Inc., and enter an Order defining the classes, appointing class counsel, and also finding:

1. That the prerequisites and requirements for certification of a class action under Rules 23(a), 23(b)(2), 23(b)(3), and 23(c)(4) of the Federal Rules of Civil Procedure have been satisfied on the following bases:

    a. The number of Class members is so numerous that joinder of all members thereof is impracticable;

    b. There are questions of law and fact common to each of the Classes;

    c. The claims of the Class Representatives are typical of the claims of each of the Classes they seek to represent;

    d. The Class Representatives will fairly and adequately represent the interests of each of the Classes they respectively seek to represent;

    e. The questions of law and fact common to the members of each of the Classes predominate over any questions affecting only individual members of each of the Classes;

    f. A class action is superior to other available methods for the fair and efficient adjudication of the controversy;

g. Defendant, ConAgra Foods, Inc. ("ConAgra"), has acted or refused to act on grounds that apply generally to the Classes, so that final injunctive relief or corresponding declaratory relief is appropriate with respect to each of the Classes as a whole;

h. Alternatively, certifying the Classes respect to particular issues is appropriate pursuant to Federal Rule of Civil Procedure 23(c)(4); and

i. The law firms of Milberg LLP and Grant & Eisenhofer P.A. will fairly and adequately represent the interests of each class as Class Counsel and are adequate Class Counsel under all of the factors set forth in Federal Rule of Civil Procedure 23(g)(1) and (4).

2. That the following Classes are certified by the Court:

a. Robert Briseño and Michele Andrade as class representatives for a class consisting of all persons in California who purchased Wesson brand cooking oils, including Wesson Vegetable Oil, Wesson Canola Oil, Wesson Corn Oil, and Wesson Best Blend (collectively, "Wesson Oils") between June 28, 2007, and the present (the "California Class").

b. Jill Crouch as class representative for a class consisting of all persons in Colorado who purchased Wesson Oils between January 12, 2009, and the present (the "Colorado Class").

c. Julie Palmer as class representative for a class consisting of all persons in Florida who purchased Wesson Oils between January 12, 2008, and the present (the "Florida Class").

d. Pauline Michael as class representative for a class consisting of all persons in Illinois who purchased Wesson Oils between January 12, 2007, and the present (the "Illinois Class").

  e. Cheri Shafstall as class representative for a class consisting of all persons in Indiana who purchased Wesson Oils between January 12, 2006, and the present (the "Indiana Class").

  f. Dee Hopper-Kercheval as class representative for a class consisting of all persons in Nebraska who purchased Wesson Oils between January 12, 2008, and the present (the "Nebraska Class").

  g. Phyllis Scarpelli as class representative for a class consisting of all persons in New Jersey who purchased Wesson Oils between July 14, 2005, and the present (the "New Jersey Class").

  h. Kelly McFadden and Necla Musat as class representatives for a class consisting of all persons in New York who purchased Wesson Oils between January 12, 2006, and the present (the "New York Class").

  i. Maureen Towey as class representative for a class consisting of all persons in Ohio who purchased Wesson Oils between January 12, 2006, and the present (the "Ohio Class").

  j. Erika Heins as class representative for a class consisting of all persons in Oregon who purchased Wesson Oils between January 12, 2006, and the present (the "Oregon Class").

  k. Rona Johnston as class representative for a class consisting of all persons in South Dakota who purchased Wesson Oils between January 12, 2006, and the present (the "South Dakota Class").

  l. Anita Willman as class representative for a class consisting of all persons in Texas who purchased Wesson Oils between January 12, 2010, and the present (the "Texas Class").

3. That governmental entities; ConAgra, and its affiliates, subsidiaries, employees, current and former officers, directors, agents, and

representatives; and the members of this Court and its staff are excluded from the Classes;

4. That Milberg LLP and Grant & Eisenhofer P.A. are appointed as Class Counsel for each of the aforementioned Classes; and

5. That the Court will direct the form of notice to the Classes pursuant to Federal Rule of Civil Procedure 23(c)(2) by separate Order.

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the accompanying Declarations of Henry Kelston ("Kelston Decl."), Colin Weir, and Charles M. Benbrook, all other pleadings and papers on file in this action, and such oral and documentary evidence and argument as may be presented at the time of hearing.

This Motion is made following conferences of counsel pursuant to Civil Local Rule 7-3 regarding Plaintiffs' scheduled motion for class certification, which took place at various points during March and April 2014.

DATED: May 5, 2014

**MILBERG LLP**
DAVID E. AZAR
NICOLE DUCKETT FRICKE

_____/s/_____
DAVID E. AZAR

One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, California 90071
Telephone:  (213) 617-1200
Facsimile:   (213) 617-1975
dazar@milberg.com
ndfricke@milberg.com

|   |   |
|---|---|
| 1 | **MILBERG LLP** |
| 2 | ARIANA J. TADLER (pro hac vice)<br>HENRY J. KELSTON |
| 3 | One Pennsylvania Plaza<br>New York, New York  11030 |
| 4 | Telephone:  (212) 594-5300<br>Facsimile:    (212) 868-1229 |
| 5 | atadler@milberg.com<br>hkelston@milberg.com |
| 6 | **GRANT & EISENHOFER, P.A.** |
| 7 | ADAM J. LEVITT (pro hac vice)<br>EDMUND S. ARONOWITZ (pro hac vice) |
| 8 | 30 North LaSalle Street, Suite 1200<br>Chicago, Illinois  60602 |
| 9 | Telephone:  (312) 214-0000<br>Facsimile:    (312) 214-0001 |
| 10 | alevitt@gelaw.com<br>earonowitz@gelaw.com |
| 11 | *Plaintiffs' Interim Class Counsel* |

- 6 -
NOTICE OF MOTION & MOTION FOR CLASS CERTIFICATION & APPOINTMENT OF CLASS COUNSEL