1  MILBERG LLP
   DAVID E. AZAR (SBN 218319)
2  dazar@milberg.com
   One California Plaza
3  300 South Grand Avenue, Suite 3900
   Los Angeles, CA  90071
4  Telephone:   (213) 617-1200
   Facsimile:   (213) 617-1975
5
6  GRANT & EISENHOFER, P.A.
   ADAM J. LEVITT (pro hac vice)
7  alevitt@gelaw.com
   30 North LaSalle Street, Suite 1200
8  Chicago, IL 60602
   Telephone:   (312) 214-0000
9  Facsimile:   (312) 214-0001

10 *Interim Class Counsel for PLAINTIFFS*

11 [Additional Counsel on Signature Page]

12

13                UNITED STATES DISTRICT COURT

14                CENTRAL DISTRICT OF CALIFORNIA

15
   IN RE CONAGRA FOODS, INC.      CASE NO. 11-CV-05379MMM (AGRX)
16                                MDL NO. 2291

17                                CLASS ACTION

18                                PLAINTIFFS' RESPONSE TO
                                  CONAGRA'S DECEMBER 16, 2014
19                                FILING OF SUPPLEMENTAL
                                  AUTHORITY
20
21
22
23
24
25
26
27
28

PLAINTIFFS' RESPONSE TO CONAGRA'S DECEMBER 16, 2014 FILING OF SUPPLEMENTAL
AUTHORITY
                                  CASE NO. CV 11-05379-MMM (AGRx)
696840v1

1    **PLAINTIFFS' RESPONSE TO CONAGRA'S DECEMBER 16, 2014 FILING**

2                          **OF SUPPLEMENTAL AUTHORITY**

3        Plaintiffs, by their undersigned counsel, respectfully submit that to the extent

4 the Court finds the decisions submitted by ConAgra on December 16, 2014 to be

5 relevant to its further consideration of Plaintiffs' Amended Motion for Class

6 Certification (*see* Notice of Recent Authority, Doc. 430), Plaintiffs respectfully

7 direct the Court to Exhibit A in their November 13, 2015 *Ex Parte Application for*

8 *Leave to Submit Memorandum Updating Court on Recent Decision in Brazil v.*

9 *Dole* (Doc. 418), which distinguishes this matter from those aspects of *Brazil v.*

10 *Dole* upon which Judge Koh granted summary judgment in the defendant's favor.

11 Many of the same points Plaintiffs discussed in their November 13, 2015 *Ex Parte*

12 application concerning *Dole* also apply to distinguish this matter from the newly-

13 submitted class decertification decision in *Werdebaugh v. Blue Diamond Growers*,

14 Case No. 12-CV-2724-LHK.

15 DATED:  December 18, 2014          MILBERG LLP

16                                DAVID E. AZAR

17

18                              */s/ David E. Azar*
                             DAVID E. AZAR

19                              One California Plaza

20                              300 South Grand Avenue, Suite 3900
                             Los Angeles, CA  90071

21                              Telephone:  (213) 617-1200
                             Facsimile:   (213) 617-1975

22

23

24

25

26

27

28

PLAINTIFFS' RESPONSE TO CONAGRA'S DECEMBER 16, 2014 FILING OF SUPPLEMENTAL
AUTHORITY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GRANT & EISENHOFER, P.A.
ADAM J. LEVITT (pro hac vice)
alevitt@gelaw.com
30 North LaSalle Street, Suite 1200
Chicago, IL 60602
Telephone:   (312) 214-0000
Facsimile:    (312) 214-0001

*Interim Class Counsel for PLAINTIFFS*

PLAINTIFFS' RESPONSE TO CONAGRA'S DECEMBER 16, 2014 FILING OF SUPPLEMENTAL
AUTHORITY
CASE NO. CV 11-05379-MMM (AGRx)