MILBERG PHILLIPS GROSSMAN LLP
David E. Azar (SBN218319)
11766 Wilshire Boulevard, Suite 500
Los Angeles, CA  90025
Telephone:  213 617 1200
Email:  dazar@milberg.com

TADLER LAW LLP
Ariana J. Tadler (*pro hac vice*)
A.J. de Bartolomeo (SBN 136502)
One Pennsylvania Plaza
New York, NY  10119
Telephone:  929 207- 3639
Email:  atadler@tadlerlaw.com
            ajd@tadlerlaw.com

DICELLO LEVITT GUTZLER LLC
Adam J. Levitt (*pro hac vice*)
Amy E. Keller (*pro hac vice*)
Ten North Dearborn Street, 11th Floor
Chicago, IL  60602
Telephone:  312 214 7900
Email:  alevitt@dicellolevitt.com
            akeller@dicellolevit.com

*Class Counsel*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CONAGRA FOODS, INC.<br><br>ROBERT BRISEÑO, et al., individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>   v.<br><br>CONAGRA FOODS, INC,<br><br>      Defendants. | Case No. CV 11-05379-CJC (AGRx)<br><br>MDL No. 2291<br><br><br><br>**NOTICE OF LODGING [PROPOSED] FINAL JUDGMENT AND DISMISSAL WITH PREJUDICE** |

Case No. CV 11-05379-CJC (AGRx).  MDL No. 2291, Proposed Final Judgment and Dismissal With Prejudice

PLEASE TAKE NOTICE that Plaintiffs submit the [Proposed] Final Judgment and Dismissal with Prejudice for entry by the Court, consistent with the discussion during the October 7, 2019 Fairness Hearing.

Dated: December 4, 2019

Respectfully submitted,

/s/ David E. Azar
**MILBERG PHILLIPS GROSSMAN LLP**
DAVID E. AZAR (SBN 218319)
11766 Wilshire Boulevard, Suite 500
Los Angeles, California 90025
Telephone: (213) 617-1200
dazar@milberg.com

**TADLER LAW LLP**
ARIANA J. TADLER (*pro hac vice*)
A.J. de Bartolomeo (SBN 136502)
One Pennsylvania Plaza
New York, New York 10119
Telephone: (212) 946-9453
atadler@tadlerlaw.com
ajd@tadlerlaw.com

**DiCELLO LEVITT GUTZLER LLC**
ADAM J. LEVITT (*pro hac vice*)
AMY E. KELLER (*pro hac vice*)
Ten North Dearborn Street,
   Eleventh Floor
Chicago, Illinois  60602
Telephone: (312) 214-7900
alevitt@dicellolevitt.com
akeller@dicellolevitt.com

*Class Counsel*

- 1 -

CASE NO. CV 11-05379-CJC (AGRx), MDL NO. 2291: NOTICE OF LODGING OF [PROPOSED] FINAL JUDGMENT AND DISMISSAL WITH PREJUDICE