ALSTON & BIRD LLP
ANGELA SPIVEY (*pro hac vice*)
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, Georgia 30309
Telephone: (404) 881-7000
angela.spivey@alston.com

*Counsel for Defendant Conagra Brands, Inc.*
*formerly ConAgra Foods, Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE CONAGRA FOODS, INC. | Case No. CV 11-05379-CJC (AGRx) <br><br> **ORDER GRANTING *EX PARTE* MOTION FOR LEAVE TO SUPPLEMENT PROTECTIVE ORDER** |

THIS MATTER COMES BEFORE THE COURT on the *Ex Parte* Motion to Supplement the June 25, 2013, Stipulation and Protective Order.

Accordingly, upon consideration of the Motion to Supplement and the papers filed therewith, and for good cause shown, the Motion is GRANTED.

IT IS SO ORDERED this 31st day of August, 2021.

_____
HON. ALCIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE