**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN PLLC**
DAVID E. AZAR (SBN 218319)
280 S. Beverly Drive, Suite PH
Beverly Hills, California 90212
Telephone: (213) 617-1200
dazar@milberg.com

*Appointed Class Counsel*

*[Additional Counsel on Signature Page]*

**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

|  |  |
|---|---|
| IN RE CONAGRA FOODS, INC. | Case No. CV 11-05379-CJC (AGRx) <br><br> MDL No. 2291 <br><br> **CLASS ACTION** <br><br> **NOTICE OF ERRATA RE: JOINT DECLARATION OF CLASS COUNSEL SUPPLEMENTING AND JOINING THE DECLARATION OF DEFENDANT'S COUNSEL ANDREW G. PHILLIPS IN SUPPORT OF OBJECTOR M. TODD HENDERSON'S APPLICATION FOR LEAVE TO FILE UNDER SEAL (DKT. 757) AND RESPONSE TO CLASS MEMBER SHIYANG HUANG'S OPPOSITION TO OBJECTOR HENDERSON'S APPLICATION TO SEAL (DKT. 761)** |

Class Counsel hereby submit this Notice of Errata regarding their JOINT DECLARATION OF CLASS COUNSEL SUPPLEMENTING AND JOINING THE DECLARATION OF DEFENDANT'S COUNSEL ANDREW G. PHILLIPS IN SUPPORT OF OBJECTOR M. TODD HENDERSON'S APPLICATION FOR LEAVE TO FILE UNDER SEAL (DKT. 757) AND RESPONSE TO CLASS MEMBER SHIYANG HUANG'S OPPOSITION TO OBJECTOR HENDERSON'S APPLICATION TO SEAL (DKT. 761), filed December 7, 2021 (DKT. 763).  The Caption was inadvertently placed on the second page of the Declaration.  Class Counsel request that the attached JOINT DECLARATION OF CLASS COUNSEL SUPPLEMENTING AND JOINING THE DECLARATION OF DEFENDANT'S COUNSEL ANDREW G. PHILLIPS IN SUPPORT OF OBJECTOR M. TODD HENDERSON'S APPLICATION FOR LEAVE TO FILE UNDER SEAL (DKT. 757) AND RESPONSE TO CLASS MEMBER SHIYANG HUANG'S OPPOSITION TO OBJECTOR HENDERSON'S APPLICATION TO SEAL (DKT. 761) be filed in place of the (DKT. 763).

|   |   |
|---|---|
| 1 | */s/ David E. Azar* |
| 2 | DAVID E. AZAR (SBN 218319) |
|   | **MILBERG COLEMAN BRYSON** |
| 3 | **PHILLIPS GROSSMAN PLLC** |
| 4 | 280 S. Beverly Drive, Suite PH |
|   | Beverly Hills, California  90212 |
| 5 | Telephone: (213) 617-1200 |
| 6 | dazar@milberg.com |

1
2
3
4
5
6
7
8   */s/ Ariana J. Tadler*
    ARIANA J. TADLER (*pro hac vice*)
9   **TADLER LAW LLP**
    A.J. de BARTOLOMEO (SBN 136502)
10  22 Bayview Avenue
11  Suite 200
    Manhasset, New York 11030
12  Telephone: (212) 946-9300
13  atadler@tadlerlaw.com
    ajd@tadlerlaw.com
14
15
16  */s/ Adam J. Levitt*
    ADAM J. LEVITT (*pro hac vice*)
17  AMY E. KELLER (*pro hac vice*)
18  **DICELLO LEVITT GUTZLER LLC**
    Ten North Dearborn Street,
19     Sixth Floor
20  Chicago, Illinois  60602
    Telephone: (312) 214-7900
21  alevitt@dicellolevitt.com
22  akeller@dicellolevitt.com
23  *Class Counsel*
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I, David E. Azar, an attorney, hereby certify that on December 8, 2021, I caused a true and correct copy of the foregoing NOTICE OF ERRATA RE: JOINT DECLARATION OF CLASS COUNSEL SUPPLEMENTING AND JOINING THE DECLARATION OF DEFENDANT'S COUNSEL ANDREW G. PHILLIPS IN SUPPORT OF OBJECTOR M. TODD HENDERSON'S APPLICATION FOR LEAVE TO FILE UNDER SEAL (DKT. 757) AND RESPONSE TO CLASS MEMBER SHIYANG HUANG'S OPPOSITION TO OBJECTOR HENDERSON'S APPLICATION TO SEAL (DKT. 761) to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                                 */s/ David E. Azar*
                                                                 David E. Azar