UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BRISENO,<br><br>Plaintiff,<br><br>vs.<br><br>CONAGRA FOODS, INC.,<br><br>Defendant. | Case No. 2:11-cv-05379-CJC-AGR<br><br>**ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE TO ALLOW ANGELA SPIVEY TO APPEAR REMOTELY VIA ZOOM VIDEOCONFERENCE**<br><br>Honorable Cormac J. Carney |

THIS MATTER COMES BEFORE THE COURT on Conagra Brands, Inc.'s *Ex Parte* Application to allow **Angela Spivey** to appear by Zoom videoconference at the Court's December 20, 2021 hearing on Plaintiffs' renewed motion for final approval of class action settlement.  Upon due consideration of the Application and the papers filed therewith, and for good cause shown, the Motion is GRANTED.

IT IS SO ORDERED this 9 day of December, 2021.

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE