**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
DAVID E. AZAR (SBN 218319)
280 S. Beverly Drive, Suite PH
Beverly Hills, California 90212
Telephone: (213) 617-1200
dazar@milberg.com

*Appointed Class Counsel*

*[Additional Counsel on Signature Page]*

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| IN RE CONAGRA FOODS, INC. | Case No. CV 11-05379-CJC (AGRx) |
| | MDL No. 2291 |
| | **CLASS ACTION** |
| | Honorable Cormac J. Carney |

**PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to L.R. 79-5.2.2 and the June 25, 2013 Stipulated Protective Order, ECF No. 163, Plaintiffs apply for leave of the Court to file under seal certain portions of the following documents related to highly sensitive or confidential settlement communications and negotiations: (1) Reply In Support Of Renewed Motion And Memorandum In Support For Final Approval Of The Settlement And Award Of Attorneys' Fees, Expenses, And Service Awards, and (2) Joint Reply Declaration of Class Counsel in Support of Plaintiffs' Renewed Motion for Final Approval of the Settlement and Award of Attorneys' Fees, Expenses, & Representative Plaintiffs' Service Awards, and all exhibits thereto (the "Reply Documents").

**Materials to be Filed Under Seal**

This Application concerns the same settlement communications and subject matter as Objector M. Todd Henderson's pending Application For Leave To File Under Seal (Dkt. 757). The parties have previously designated as confidential and/or highly confidential certain documents attached to or referenced in the Reply Documents. As Plaintiffs explain in the attached Declaration of Class Counsel in Support of Application for Leave to File Under Seal, the materials and documents that are the subject of this application consist of or discuss highly sensitive or confidential settlement communications and negotiations between the parties and/or with the Court-appointed mediator, the Honorable Douglas McCormick,

and/or the settlement claims administrator selected by Magistrate Judge McCormick.

Based on the December 2, 2021 meet and confer regarding Objector's Application to file under seal, Objector's filing in support of that Application, and the declaration of Conagra in support of that Application, Plaintiffs understand that Conagra does not oppose this Application and Objector reserves its position that the documents should not be sealed.

Plaintiffs will file the attachments listed below today, December 10, 2021, under seal to be followed by redacted versions for the Court's consideration consistent with L.R. 79-5.2.2.

**Attachments**

As required by Civil Local Rule 79-5.2.2 (a), the following attachments accompany this motion:

1.  Joint Declaration Of Class Counsel In Support Of Plaintiffs Application For Leave To File Under Seal;

2.  A Proposed Order that lists the material sought to be sealed.

3.  An unredacted version of the document(s) proposed to be filed under seal.

RESPECTFULLY SUBMITTED this 10th day of December, 2021.

/s/ David E. Azar
DAVID E. AZAR (SBN 218319)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
280 S. Beverly Drive, Suite PH
Beverly Hills, California 90212
Telephone: (213) 617-1200
dazar@milberg.com

/s/ Ariana J. Tadler
ARIANA J. TADLER (*pro hac vice*)
**TADLER LAW LLP**
A.J. de BARTOLOMEO (SBN 136502)
22 Bayview Avenue Suite 200
Manhasset, New York 11030
Telephone: (212) 946-9300
atadler@tadlerlaw.com
ajd@tadlerlaw.com

/s/ Adam J. Levitt
ADAM J. LEVITT (*pro hac vice*)
AMY E. KELLER (*pro hac vice*)
**DICELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
alevitt@dicellolevitt.com
akeller@dicellolevitt.com

*Class Counsel*

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on December 10, 2021, he caused this document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of filing to registered counsel of record for each party. Copies of any sealed materials were emailed to counsel of record.

Dated: December 10, 2021.

                            s/ David E. Azar
                            DAVID E. AZAR (SBN 218319)