**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
DAVID E. AZAR (SBN 218319)
280 S. Beverly Drive, Suite PH
Beverly Hills, California 90212
Telephone: (213) 617-1200
dazar@milberg.com

*Appointed Class Counsel, Additional Counsel on Signature Page*

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| IN RE CONAGRA FOODS, INC. | Case No. CV 11-05379-CJC (AGRx) <br><br> MDL No. 2291 <br><br> **CLASS ACTION** |

# PROPOSED PUBLIC REDACTED VERSIONS OF REPLY AND JOINT REPLY DECLARATION TO BE FILED SEPARATELY

---

JOINT REPLY DECL. OF CLASS COUNSEL IN SUPPORT OF PLTFS' *RENEWED MOTION* FOR FINAL APPROVAL AND AWARD OF ATTORNEYS' FEES, EXPENSES SERVICE AWARDS
Case No. CV 11-05379-CJC (AGRx)    MDL No. 2291                                                1