**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
DAVID E. AZAR (SBN 218319)
280 S. Beverly Drive, Suite PH
Beverly Hills, California 90212
Telephone: (213) 617-1200
dazar@milberg.com

*Class Counsel*
*Additional Counsel Appear on Signature Page*

**ALSTON & BIRD LLP**
ANGELA SPIVEY (*pro hac vice*)
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, Georgia 30309
Telephone: (404) 881-7000
angela.spivey@alston.com

*Counsel for Defendant Conagra Brands, Inc.*
*formerly ConAgra Foods, Inc.*
*Additional Counsel Appear on Signature Page*

# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IN RE CONAGRA FOODS, INC. | Case No. CV 11-05379-CJC (AGRx) <br> MDL No. 2291 <br> **CLASS ACTION** <br> **JOINT STATUS REPORT** |

In accordance with this Court's August 5, 2022 Order (ECF No. 802), Plaintiffs Robert Briseño, Michele Andrade, Jill Crouch, Pauline Michael, Necla Musat, Maureen Towey, Julile Palmer, Cheri Shafstall, Dee Hooper-Kercheval, Kelly McFadden, Erika Heins, Rona Johnston, and Anita Willman ("Plaintiffs") and Defendant Conagra Brands, Inc. (formerly ConAgra Foods, Inc., "Defendant," or "Conagra") file this joint status report regarding the status of settlement.

1 | Since informing this Court that the parties had reached agreement on the terms of a new settlement on May 3, 2022, the parties have diligently worked to draft the settlement agreement and related documents. On August 1, 2022, specifically, the parties finalized, and fully agreed to, the settlement agreement. Plaintiffs' counsel simultaneously have worked with the settlement administrator on the revised notice plan to implement the settlement agreement and on drafting the preliminary approval papers. Plaintiffs anticipate filing those papers within 45 days (given the end of summer, family travel, and other obligations), if not sooner.

| | |
|---|---|
| Dated: August 12, 2022 | Respectfully submitted, |
| | /s/ David E. Azar |
| | **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC** |
| | DAVID E. AZAR (SBN 218319) |
| | 280 S. Beverly Drive, Suite PH |
| | Beverly Hills, California 90212 |
| | Telephone: (213) 617-1200 |
| | dazar@milberg.com |
| | |
| | **TADLER LAW LLP** |
| | ARIANA J. TADLER (*pro hac vice*) |
| | A.J. de BARTOLOMEO (SBN 136502) |
| | 22 Bayview Avenue |
| | Suite 200 |
| | Manhasset, New York 11030 |
| | Telephone: (212) 946-9453 |
| | atadler@tadlerlaw.com |
| | ajd@tadlerlaw.com |
| | |
| | **DICELLO LEVITT GUTZLER LLC** |
| | ADAM J. LEVITT (*pro hac vice*) |
| | AMY E. KELLER (*pro hac vice*) |
| | Ten North Dearborn Street, Sixth Floor |
| | Chicago, Illinois 60602 |
| | Telephone: (312) 214-7900 |
| | alevitt@dicellolevitt.com |
| | akeller@dicellolevitt.com |
| | |
| | *Class Counsel* |
| | |
| | *and* |

|     |     |
| --- | --- |
| 1   | **ALSTON & BIRD LLP** |
| 2   | ANGELA SPIVEY (*pro hac vice*) |
|     | One Atlantic Center |
| 3   | 1201 West Peachtree Street |
|     | Suite 4900 |
| 4   | Atlanta, Georgia  30309 |
| 5   | Telephone:  (404) 881-7000 |
|     | angela.spivey@alston.com |
| 6   |     |
| 7   | *Counsel for Defendant Conagra* |
| 8   | *Brands, Inc. formerly ConAgra* |
|     | *Foods, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with this Court using its CM/ECF service, which will send notification of such filing to all counsel of record this 12th day of August 2022.

                                              */s/ David E. Azar*
                                              David E. Azar

JOINT STATUS REPORT        CV 11-05379-CJC (AGRx)