**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
DAVID E. AZAR (SBN 218319)
280 South Beverly Drive, Suite PH
Beverly Hills, California  90212
Telephone:  (213) 617-1200
dazar@milberg.com

**TADLER LAW LLP**
ARIANA J. TADLER (*pro hac vice*)
22 Bayview Avenue, Suite 200
Manhasset, New York  11030
Telephone:  (212) 946-9300
atadler@tadlerlaw.com

**DiCELLO LEVITT LLC**
ADAM J. LEVITT (*pro hac vice*)
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois  60602
Telephone:  (312) 214-7900
alevitt@dicellolevitt.com

*Class Counsel*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| IN RE CONAGRA FOODS, INC. | Case No. CV 11-05379-CJC (AGRx) |
|---|---|
| | MDL No. 2291 |
| | **CLASS ACTION** |
| | **NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT, APPROVAL OF FORM AND MANNER OF NOTICE, APPROVAL TO NOTICE THE CLASSES, AND SETTING FINAL SETTLEMENT SCHEDULE AND DATE FOR FINAL APPROVAL HEARING** |
| | DATE:     November 21, 2022<br>TIME:     1:30 p.m.<br>CTRM.:    9B<br>JUDGE:    Hon. Cormac J. Carney |

NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT                                      CV 11-05379-CJC (AGRx)

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 21, 2022 at 1:30 p.m., in the Courtroom of the Honorable Cormac J. Carney, located at 411 West Fourth Street, Courtroom 9B, Santa Ana, California 92701, Plaintiffs Robert Briseño, Michele Andrade, Jill Crouch, Pauline Michael, Necla Musat, Maureen Towey, Julie Palmer, Cheri Shafstall, Dee Hooper-Kercheval, Kelly McFadden, Erika Heins, Rona Johnston, and Anita Willman, in their individual capacities and as Class Representatives ("Class Representatives"), will move the Court, pursuant to Federal Rule of Civil Procedure 23, for an Order Directing Notice to the Classes (the "Motion"). The [Proposed] Order Directing Notice to the Classes is filed concurrently herewith as Exhibit A to the Settlement Agreement.

Plaintiffs respectfully request that the Court enter that Order:

(a) Finding the Court will likely be able to approve the proposed settlement of this class action on the terms set forth in the Settlement Agreement as fair, reasonable and adequate under Rule 23(e)(2) and certify the Classes for purposes of judgment, subject to further consideration at the Fairness Hearing;

(b) Directing notice to the previously certified eleven state Classes, pursuant to Fed. R. Civ. P. 23(b)(3);

(c) Appointing Robert Briseño, Michele Andrade, Jill Crouch, Pauline Michael, Necla Musat, Maureen Towey, Julie Palmer, Cheri Shafstall, Dee Hooper-Kercheval, Kelly McFadden, Erika Heins, Rona Johnston, and Anita Willman as Class Representatives;

(d) Appointing Milberg Coleman Bryson Phillips Grossman PLCC, Tadler Law LLP, and DiCello Levitt LLC as Class Counsel;

(e) Approving the proposed Notice Plan, including the proposed forms of notice, and directing notice be disseminated to the Classes in the manner proposed by the Notice Plan;

(f) Approving the appointment of JND Legal Administration as the Settlement Administrator;

(g) Scheduling a hearing at which the Court will consider final approval of the Settlement and setting certain other dates in connection with the final approval of the Settlement; and

|   |   |
|---|---|
| 1 | (h) Such other matters as the Court may deem appropriate. |
| 2 | This Motion is based on the accompanying memoranda of points and authorities, the Joint |
| 3 | Declaration of Class Counsel (including all exhibits thereto), the argument of counsel, all papers and |
| 4 | records on file in this matter, and such other matters as the Court may consider. |
| 5 | This Motion is made following the conference of counsel held in compliance with Local Rule |
| 6 | 7-3. |

Respectfully submitted,

Dated: September 30, 2022

*/s/ David E. Azar*
David E. Azar (SBN 218319)
dazar@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
280 South Beverly Drive, Suite PH
Beverly Hills, California 90212
Telephone: (213) 617-1200

Ariana J. Tadler (*pro hac vice*)
atadler@tadlerlaw.com
**TADLER LAW LLP**
22 Bayview Avenue, Suite 200
Manhasset, New York 11030
Telephone: (212) 946-9453

Adam J. Levitt (*pro hac vice*)
alevitt@dicellolevitt.com
**DiCELLO LEVITT LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900

**Class Counsel**

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on September 30, 2022, he caused this document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of filing to registered counsel of record for each party.

Dated: September 30, 2022

                                          */s/ David E. Azar*
                                          David E. Azar (SBN 218319)