UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
5 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012
————
OFFICIAL BUSINESS

2:11-cv-5379 CJC



NEOPOST
10/06/2022
US POSTAGE $001.44⁰
FIRST-CLASS MAIL
ZIP 90012

Case: 2:11cv5379   Doc: 809

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 2 0 2022

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

Henry J Kelston
Ahdoot and Wolfson, PC
101 Avenue of the Americas Suite 9th Floor
New York, NY 10013

0210/15/22   061  SE 1

NIXIE

RETURN TO SENDER
ATTEMPTED TO NOT KNOWN
UNABLE TO FORWARD

BC:  30012335299   *0060W265220-08913

RECEIVED
CLERK, U.S. DISTRICT COURT

OCT 2 0 2022

CENTRAL DISTRICT OF CALIFORNIA
BY

RECEIVED
CLERK, U.S. DISTRICT COURT

OCT 2  2022

CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION    BY DEPUTY

Case: 2:11cv5379   Doc: 809

Henry J Kelston
Ahdoot and Wolfson, PC
101 Avenue of the Americas Suite 9th Floor
New York, NY 10013

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:noreply@ao.uscourts.gov
Message-Id:<34694477@cacd.uscourts.gov>Subject:Activity in Case 2:11-cv-05379-CJC-AGR
Robert Briseno v. Conagra Foods, Inc. Text Only Scheduling Notice Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 10/6/2022 at 11:25 AM PDT and filed on 10/6/2022

| | |
|---|---|
| **Case Name:** | Robert Briseno v. Conagra Foods, Inc. |
| **Case Number:** | 2:11-cv-05379-CJC-AGR |
| **Filer:** | |
| **Document Number:** | 809(No document attached) |

**Docket Text:**
**(IN CHAMBERS) SCHEDULING NOTICE by Judge Cormac J. Carney. In light of the filing of Plaintiffs Motion for Preliminary Approval of the Settlement, Approval of Form and Manner of Notice, Approval to Notice the Classes, and Setting Final Settlement Schedule and Date for Final Approval Hearing [807], the Status Conference set for 10/12/2022 at 2:30 PM is hereby vacated and off calendar. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (rrp) TEXT ONLY ENTRY**

**2:11-cv-05379-CJC-AGR Notice has been electronically mailed to:**
AJ De Bartolomeo     ajd@tadlerlaw.com, jjoseph@tadlerlaw.com
Adam J. Levitt     alevitt@dicellolevitt.com, 5525369420@filings.docketbird.com
Alex R. Straus     astraus@milberg.com, asilva@milberg.com, astraus@ecf.courtdrive.com, cbryant@milberg.com, sheldman@milberg.com
Allan Steyer     asteyer@steyerlaw.com, smacrae@steyerlaw.com
Amy E. Keller     akeller@dicellolevitt.com, 3336248420@filings.docketbird.com, aotto@dicellolevitt.com
Andrei V Rado     arado@milberg.com, ARado@ecf.courtdrive.com
Andrew G Phillips     andrew.phillips@alston.com, joanne.halvorson@alston.com
Angela M Spivey     angela.spivey@alston.com, frank.easterlin@alston.com
Antonio Vozzolo     avozzolo@vozzolo.com
Ariana J Tadler     atadler@tadlerlaw.com, 1892552420@filings.docketbird.com, ajdebartolomeo@tadlerlaw.com, jjoseph@tadlerlaw.com
Barbara A Rohr     brohr@mobasserilaw.com, barohr@gmail.com

Betsy C Manifold    manifold@whafh.com, fileclerk@whafh.com
Christopher A Seeger    cseeger@seegerweiss.com, SWECF@seegerweiss.com
David E Bower    dbower@monteverdelaw.com, jmonteverde@monteverdelaw.com,
mschreiner@monteverdelaw.com
David E. Azar    dazar@milberg.com, asilva@milberg.com, dazar@ecf.courtdrive.com,
emckenna@milberg.com, MAOffice@milberg.com
Donald A Ecklund    decklund@carellabyrne.com
James E Cecchi    jcecchi@carellabyrne.com
Jessica J Sleater    jessica@andersensleater.com
Jill M Manning    jmanning@pswlaw.com, 7232231420@filings.docketbird.com,
egrant@pswlaw.com, kbernal@pswlaw.com
Jonathan Shub    ecf@shublawyers.com, 8112194420@filings.docketbird.com,
jshub@shublawyers.com
Julio J Ramos    ramosfortrustee@yahoo.com, ramoslawgroup@yahoo.com
Kim E Richman    krichman@richmanlawpolicy.com, information@richmanlawgroup.com
Lawrence Timothy Fisher    ltfisher@bursor.com, ecf-notices@bursor.com
Lindsey H Taylor    ltaylor@carellabyrne.com
Michael R Reese    mreese@reesellp.com
Rachel E. K. Lowe    rachel.lowe@alston.com, melinda.jimenez@alston.com
Rachele R. Byrd    byrd@whafh.com, fileclerk@whafh.com
Sanford P Dumain    sdumain@milberg.com
Sarah Westcot    swestcot@bursor.com, ecf-notices@bursor.com
Scott A Bursor    scott@bursor.com, ecf-notices@bursor.com
Scott Alan George    sgeorge@seegerweiss.com, cbarnes@seegerweiss.com, cchoe@seegerweiss.com
Shiyang Huang    Defectivesettlement@gmail.com
Theodore H Frank    ted.frank@hlli.org, frank.bednarz@hlli.org, john.andren@hlli.org
Todd C. Jacobs    tjacobs@bradleyriley.com
William Charles Wright    willwright@wrightlawoffice.com
**2:11-cv-05379-CJC-AGR Notice has been delivered by First Class U. S. Mail or by other means**
**BY THE FILER** to :
Henry J Kelston
Ahdoot and Wolfson, PC
101 Avenue of the Americas Suite 9th Floor
New York, NY 10013