**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
DAVID E. AZAR (SBN 218319)
280 South Beverly Drive, Suite PH
Beverly Hills, California  90212
Telephone: (213) 617-1200
dazar@milberg.com

**TADLER LAW LLP**
ARIANA J. TADLER (*pro hac vice*)
22 Bayview Avenue, Suite 200
Manhasset, New York  11030
Telephone: (212) 946-9300
atadler@tadlerlaw.com

**DiCELLO LEVITT LLC**
ADAM J. LEVITT (*pro hac vice*)
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois  60602
Telephone: (312) 214-7900
alevitt@dicellolevitt.com

*Appointed Class Counsel*

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

|  |  |
|---|---|
| IN RE CONAGRA FOODS, INC. | ) Case No. CV 11-05379-CJC (AGRx)<br>)<br>) MDL No. 2291<br>)<br>) **CLASS ACTION**<br>)<br>) **JOINT DECLARATION OF ARIANA J.**<br>) **TADLER, ADAM LEVITT, AND DAVID**<br>) **AZAR IN SUPPORT OF PLAINTIFFS'**<br>) **MOTION FOR FINAL APPROVAL OF**<br>) **NEW SETTLEMENT**<br>)<br>)<br>) |

- 1 -

1      We, Class Counsel ARIANA J. TADLER, ADAM J. LEVITT, and DAVID AZAR, hereby
2  jointly declare and state as follows pursuant to 28 U.S.C. §1746:

3      1.   Ariana J. Tadler is an attorney duly-licensed to practice law in the states of New York
4           and New Jersey and is admitted *pro hac vice* in this Court.  She is the Founding Partner
5           of Tadler Law LLP and counsel of record for the Plaintiffs and the certified class in the
6           above-captioned matter.  Ms. Tadler was formerly a partner at the law firms of Milberg
7           Tadler Phillips Grossman LLP ("MTPG") and Milberg LLP ("Milberg").

8      2.   Adam J. Levitt is an attorney duly-licensed to practice law in the state of Illinois and is
9           admitted pro hac vice in this Court.  He is a partner of the law firm of DiCello Levitt LLC
10          ("DiCello Levitt"), formerly known as DiCello Levitt Gutzler LLC, and counsel of record
11          for the Plaintiffs and the certified class in the above-captioned matter.  Mr. Levitt was
12          formerly a partner at the law firms of Wolf Haldenstein Adler Freeman & Herz LLP
13          ("Wolf Haldenstein") and at Grant & Eisenhofer P.A.

14     3.   David Azar is an attorney duly-licensed to practice law in the state of California and is a
15          partner of Milberg Coleman Bryson Phillips Grossman PLLC.  He is a former partner of
16          Milberg Phillips Grossman LLP, MTPG, and Milberg and counsel of record for the
17          Plaintiffs and the certified class in the above-captioned matter.

18     4.   The Court appointed our firms as Class Counsel ("Class Counsel") under the proposed
19          new settlement with Conagra (the "New Settlement"), which is being submitted to the
20          Court for (i) final approval; (ii) approval of payment of service awards to the plaintiffs,
21          and (iii) reimbursement of litigation costs to Class Counsel.

22     5.   Early in this litigation, we were appointed "Interim Co-Lead Counsel" and led this
23          litigation with the assistance of a small number of additional plaintiffs' counsel from
24          other firms.  We, with the support of attorneys and staff at our respective firms, have been
25          actively involved in the prosecution of this litigation for more than eleven years.  We and
26          certain attorneys at our respective firms actively participated in negotiating the previous

27

28

- 2 -

JOINT DEC ISO PLS' MOT FOR FINAL                                    CV 11-05379-CJC (AGRX)
APPROVAL OF NEW SETTLEMENT

settlement that was presented and ultimately rejected by the Court (the "Original Settlement") (ECF No. 650-52) and the New Settlement of this litigation now before this Court. We are familiar with the proceedings in this litigation and have personal knowledge of the matters set forth herein based on our active participation and supervision in all material aspects of the litigation and could testify competently as to them if called upon to do so.

6. As set forth in extensive detail in the Joint Declaration of Ariana J. Tadler, Adam Levitt, and David Azar in Support of Plaintiffs' Motion for Preliminary Approval of New Settlement, Approval of Form and Manner of Notice, Approval to Notice the Classes, and Setting Final Settlement Schedule and Date for Final Approval Hearing ("Preliminary Approval Declaration") (ECF No. 807-2), we believe that the New Settlement, as required by Rule 23 of the Federal Rules of Civil Procedure, is fair, reasonable, and adequate.

7. The New Settlement includes a non-reversionary common fund, *i.e.*, no leftover fund will revert back to Defendant. Further, there is no clear sailing agreement.

8. Class Counsel seek reimbursement of litigation costs not to exceed $978,671.10 and, as clearly stated in the Preliminary Approval Declaration, do *not* seek *any* attorneys' fees for their more than eleven years of work. ECF No. 807-2. As such, there is no proportionality calculation between the settlement recovery to the classes and the amount of attorneys' fees. Class Counsel made this decision to maximize recovery to claimants.

9. Given the extensive detail set forth in the Preliminary Approval Declaration, which was presented to the Court with the Motion for Preliminary Approval of New Settlement, Approval of Form and Manner of Notice, Approval to Notice the Classes, and Setting Final Settlement Schedule and Date for Final Approval Hearing ("Motion for Preliminary Approval") (ECF No. 807) prior to issuing its order preliminarily approving the New Settlement (ECF No. 811), we do not repeat ourselves at length here but rather summarize

JOINT DEC ISO PLS' MOT FOR FINAL APPROVAL OF NEW SETTLEMENT

CV 11-05379-CJC (AGRX)

certain facts and supplement the record as appropriate; we respectfully refer the Court to the Preliminary Approval Declaration for any information not contained herein.

10. Pursuant to Rule 23 of the Federal Rules of Civil Procedure, we jointly submit this declaration in support of Plaintiffs' Motion and Memorandum in Support of Final Approval of the New Settlement and Award of Attorneys' Expenses and Plaintiffs' Service Awards ("Final Approval Joint Decl.").

**Exhibits to the Final Approval Joint Declaration.**

11. Attached as Exhibit 1 hereto is the Declaration of Gretchen Eoff Regarding Notice Plan and Implementation and Settlement Administration Status ("Eoff Claims Admin. Decl.").

12. There are no objections to the New Settlement. *See* Eoff Claims Admin. Decl. ¶ 18.

13. There are nine valid exclusion requests and nine invalid exclusion requests. *See* Eoff Claims Admin. Decl. ¶ 19.

**The New Settlement.**

14. As set forth in the Preliminary Approval Declaration, after the Ninth Circuit's remand of the Original Settlement (No. 19-56297, 9th Cir., ECF No. 67), the Parties filed a renewed request to approve the proposed settlement accompanied by a more detailed evidentiary record (ECF Nos. 742-43), which the Court subsequently rejected post remand. ECF Nos. 779, 795. We resumed negotiations with Defendant's counsel to reach a new settlement in this eleven-year-old litigation. Counsel for the Parties did so at arms' length and independently, without the assistance of a mediator.

15. On September 30, 2022, we submitted the New Settlement to the Court for preliminary approval. ECF No. 807.

16. On November 14, 2022, the Court issued its Order granting preliminary approval of the New Settlement. ECF No. 811.

17. The New Settlement provides for the establishment of a qualified settlement fund to be established by the Settlement Administrator and funded by Conagra in the amount of

JOINT DEC ISO PLS' MOT FOR FINAL
APPROVAL OF NEW SETTLEMENT

CV 11-05379-CJC (AGRX)

1    $3,000,000, in the form of *a non-reversionary common fund*.  ECF No. 807-2 at Ex. 1

2    ("New Settlement Agreement") §§ 2.32, 3.1.

3    18.    A portion of the Settlement Fund, specifically $575,000, shall be allocated only to

4    members of the New York and Oregon Classes who submit Valid Claim Forms or are

5    identified for direct distribution, in proportion to the number of units purchased.  New

6    Settlement Agreement § 4.2.1.  This provision is intended to compensate New York and

7    Oregon Class Members for the statutory damages provided by the consumer protection

8    laws of those states and sought by Plaintiffs.

9    19.    Class Members who timely submit a Valid Claim Form, or Class Members who timely

10   submitted a Valid Claim Form under the prior settlement and do not opt-out of the new

11   Settlement, may receive settlement compensation of Fifteen Cents ($0.15) per unit of

12   Wesson Oil Products purchased during the applicable Class Period.  New Settlement

13   Agreement §§ 4.1.2, 4.4.

14   20.    Recovery is limited to one claim per Household, which is defined as all persons residing

15   at the same physical address.  New Settlement Agreement § 4.1.3.

16   21.    The New Settlement also provides for a *pro rata* adjustment of the Settlement

17   Compensation in the event that the value of the Valid Claim Forms exceeds or falls short

18   of the funds available for distribution to Class Members (after deducting the portion of

19   Settlement Funds designated for New York and Oregon Class Members).   New

20   Settlement Agreement § 4.1.4.  In addition, the amount of additional recovery for New

21   York and Oregon class members will be adjusted *pro rata* according to the number of

22   Valid Claim Forms for these classes.  New Settlement Agreement § 4.2.2.

23   22.    Under the New Settlement, the Settlement Fund will be used to (i) meet the monetary

24   obligations to Class Members under the Settlement, and (ii) pay out all Settlement

25   Payments, Expense Awards, Administrative Costs, service awards, and any other costs

26   or expenses related to the Settlement.  New Settlement Agreement § 3.1.  Under the New

27

28

- 5 -

1    Settlement Agreement, Conagra is not obligated to pay any further costs or amounts
2    associated with the New Settlement.  New Settlement Agreement § 3.1.

3    23.   The compensation of $0.15 per unit *is significantly more* than the best-case result at trial,
4    which would have yielded maximum damages of approximately $0.102 (10.2 cents) per
5    unit.  This figure takes into account Judge Morrow's ruling that the appropriate measure
6    of damages in the case was not the price premium paid by Class Members due to the
7    presence of the "100% Natural" claim, as plaintiffs have claimed, but only the portion of
8    that premium attributable to consumers' belief that "100% Natural" meant that the
9    products were GMO-free.

10   24.   The Plaintiffs and Class Counsel respectfully submit that the Settlement represents a
11   favorable result for the Classes in light of the significant benefit achieved for the Classes,
12   with a ***$3 million non-reversionary common fund***, and the risks of a lesser, or no,
13   recovery after continued prosecution of the Action, which is undoubtedly an overarching
14   risk in this litigation given its procedural history, including, in particular, the Ninth
15   Circuit's assessment and remand of the Original Settlement and the ultimate rejection of
16   the Original Settlement by this Court.

17   **Request for Reimbursement of Litigation Costs for Plaintiffs' Counsel, *But No Attorneys' Fees*.**

18   25.   As forecasted and detailed in the Motion for Preliminary Approval (ECF No. 807), Class
19   Counsel seek reimbursement of reasonable litigation costs in the amount of $978,671.10.
20   Notably, these costs were advanced and accrued over more than eleven years.
21   Reimbursement of these funds, without interest accruing from the time of expense, does
22   not make Class Counsel fully whole given the time value of money – still, we are not
23   seeking interest on these expenses.  And Class Counsel obviously incurred more expenses
24   since 2019, for which we are not seeking reimbursement.  Rather, to prioritize recovery
25   by the Classes and close out this eleven-year-old litigation, we are seeking only the
26   $978,671.10 that we had sought nearly four years ago.

27

28

JOINT DEC ISO PLS' MOT FOR FINAL                                    CV 11-05379-CJC (AGRX)
APPROVAL OF NEW SETTLEMENT

26.     Class Counsel have determined that they will seek no attorneys' fees for their eleven years of work in this litigation during which they: (i) completed fact and expert discovery; (ii) achieved class certification of 11 state classes; (iii) succeeded in defeating defendant's appeal to the Ninth Circuit of that certification order and defendant's petition for *certiorari* to the United States Supreme Court; (iv) achieved precedential law as to the inapplicability of "ascertainability" for class certification; and (v) negotiated the proposed New Settlement.  A detailed history of this litigation is set forth in the Preliminary Approval Declaration.  *See* ECF No. 807-2.

**Class Counsel's Reported Hours and Lodestar Through July 23, 2019.**

**(November 1, 2011- July 23, 2019)**

27.     As reported to the Court on July 23, 2019, ***Class Counsel's combined efforts from late 2011 through July 2019*** (now more than three years ago) translated into approximately 20,319.65 reported working hours and a total combined then current lodestar of $11,498,806.80 (historical lodestar of approximately $11,486,838.80) and expenses of $978,671.10 by the law firms that worked on substantive aspects of this litigation during its pendency.  ECF No. 663.

28.     The reported combined lodestar *only included time from November 1, 2011 (the appointment of co-lead counsel) through July 23, 2019*, and did not include the hours of additional time Class Counsel would ultimately expend in furtherance of final Settlement approval and administration of the Original Settlement (including the original motion for final approval and then later the renewed motion and motion for reconsideration post remand), which would necessarily increase the combined lodestar.  The lodestar does not include the hours of additional time that Class Counsel expended to negotiate and present to the Court the New Settlement.  The lodestar also did not include the hours of additional time that Class Counsel expended in connection with the Objector's appeal of the

JOINT DEC ISO PLS' MOT FOR FINAL
APPROVAL OF NEW SETTLEMENT

CV 11-05379-CJC (AGRX)

1   settlement, the discovery sought by the Objector, or his sanctions motions to this Court

2   and the Ninth Circuit.

3   29.   On July 23, 2019, Class Counsel filed the Joint Declaration of Henry J. Kelston and Adam

4   J. Levitt In Support of Plaintiffs' Motion for Award of Attorneys' Fees, Expenses, and

5   Representative Plaintiffs' Service Awards.   ECF No. 663 ("2019 Joint Declaration").

6   Attached to the 2019 Joint Declaration were sworn affidavits by Class Counsel and the

7   other law firms that participated in this litigation, expending time in providing legal

8   counsel and money to fund the litigation, the bulk of which was expended by us and our

9   respective firms.

10   30.   As set forth in the 2019 Joint Declaration and the Preliminary Approval Declaration, the

11   total hours and lodestar *from November 1, 2011 through July 23, 2019* as reported by

12   each affiant is summarized in the following chart:

| Firm | Hours | Lodestar |
|------|-------|----------|
| DiCello Levitt Gutzler LLC (n/k/a DiCello Levitt LLC) | 828.90 | $669,789.50 |
| Milberg LLP/Milberg Tadler Phillips Grossman LLP/Tadler Law LLP | 12,190.05 | $6,435,841.25 |
| Milberg Phillips Grossman LLP | 6.80 | $4,250.00 |
| Steyer Lowenthal Boodrookas Alvarez & Smith LLP | 808.20 | $487,688.50 |
| Grant & Eisenhofer P.A. | 5,381.60 | $3,284,462.00 |
| Wolf Haldenstein Adler Freeman & Herz LLP | 878.60 | $438,913.00 |
| Reese LLP | 225.50 | $177,862.50 |
| **TOTAL LODESTAR** | **20,319.65** | **$11,498,806.80** |

**Hours and Lodestar After July 23, 2019 Have Not Been Presented to the Court**.

**(July 24, 2019 – March 3, 2023)**

- 8 -

31.  Class Counsel have spent many additional hours working on this litigation since the July 23, 2019 Original Settlement final approval filing.

32.  Extensive time, effort, and expenses were incurred in connection with oral argument in support of final approval of the Original Settlement, the Objector's ensuing appeal, discovery, and multiple motions for sanctions (one of which was denied and the other of which was abandoned by the Objector), the renewed motion for final approval of the Original Settlement, and the motion for reconsideration.  Class Counsel spent many additional hours working to negotiate the New Settlement and prepare the necessary papers to present the New Settlement to the Court for preliminary approval as well as in submitting the New Settlement for final approval as we do here now.  More time, effort, and expenses will be incurred by Class Counsel through the ultimate conclusion of this litigation.  Again, Class Counsel are not seeking attorneys' fees, but rather, only litigation costs and expenses from the New Settlement fund.

**Class Counsel's Total Costs and Expenses Through July 23, 2019.**

33.  Through July 23, 2019, the date when Class Counsel filed the original motion for final settlement approval and award of attorneys' fees and expenses, Class Counsel had incurred a total of $978,671.10 in unreimbursed costs and expenses in this litigation. Class Counsel advanced these out-of-pocket costs and have yet to be reimbursed for them.

34.  These costs and expenses include money spent on the following: expert witness fees, external and internal reproduction of documents produced in the case, document hosting platform costs, travel expenses, court filing fees, computer research, telephone, postage, delivery costs, making court appearances, and paying for transcripts.  The sworn affidavits of counsel, which were previously filed with the Court on July 23, 2019 (ECF No. 663, and exhibits attached thereto) attest to the costs and expenses incurred while litigating this matter.  The total unreimbursed costs and expenses do ***not*** include

- 9 -

additional costs and expenses Class Counsel incurred since July 23, 2019 through the present, including for travel to and from the Central District of California for the original final approval hearing for the Original Settlement, the appeal, discovery, (unsuccessful) sanction motions filed by Objector Henderson, the proceedings post-reversal of the final approval order, the negotiation of the New Settlement, and expenses associated with the presentment of the New Settlement for preliminary approval and now for final approval. *None* of these litigation costs or expenses are being sought by Class Counsel.

35. The total costs and expenses reported by each affiant through July 23, 2019, is summarized in the following chart:

| Firm | Expenses |
|------|----------|
| DiCello Levitt Gutzler LLC (n/k/a DiCello Levitt LLC) | $34,086.86 |
| Milberg LLP/Milberg Tadler Phillips Grossman LLP/Tadler Law LLP | $605,432.70 |
| Steyer Lowenthal Boodrookas Alvarez & Smith LLP | $10,944.65 |
| Grant & Eisenhofer P.A. | $313,633.15 |
| Wolf Haldenstein Adler Freeman & Herz LLP | $12,074.99 |
| Reese LLP | $2,498.75 |
| **TOTAL EXPENSES** | **$978,671.10** |

36. The costs and expenses that Class Counsel has incurred through July 23, 2019, in this litigation were reasonable and appropriate for litigation of this size and duration. Class Counsel took steps to coordinate their work and to avoid duplicative costs. All litigation costs and expenses have yet to be reimbursed or paid. Class Counsel (and the other firms) advanced all costs and expenses except for the few categories of legal service provider costs that were deferred. Class Counsel do not seek any increase in these expenses to account for the time, value of money, or inflation for the dollars that were advanced or deferred over the eleven years of litigation in this case. Rather, Class Counsel simply

JOINT DEC ISO PLS' MOT FOR FINAL APPROVAL OF NEW SETTLEMENT

CV 11-05379-CJC (AGRX)

seeks dollar-for-dollar the amounts that were advanced and deferred as through July 23, 2019. *See* ECF No. 663 at 6, 663-1 at 10-11, 663-3 at 7, 663-4 at 7, 663-5 at 7, 663-6 at 7, 663-7 at 7. Importantly, these expenses include expert witness costs to develop theories which were upheld on appeal by the Ninth Circuit. *See Briseño v. Conagra Foods, Inc.*, 674 Fed. Appx. 654 (9th Cir. 2017).

37. Class Counsel is requesting that the Court award them litigation costs and expenses in the amount of $978,671.10. Reimbursement of litigation costs and expenses is sought by Class Counsel from the New Settlement fund.

**Representative Plaintiffs' Service Awards**

38. Consistent with their original request in connection with the original (subsequently rejected) settlement, Class Counsel seek Representative Plaintiffs' Service Awards of $3,000 for each the six Plaintiffs who was deposed in this litigation and $1,000 for each of the seven Plaintiffs who served as representatives but were not deposed, for a total aggregate service award amount of $25,000.

39. Each of the Representative Plaintiffs has been supportive and involved in this lengthy litigation, including reviewing pleadings, responding to discovery requests, preparing for and testifying at depositions, communicating with counsel, and approving the terms of the both Settlement Agreements. *See* ECF No. 743-7 at 219-242. They have been involved in every step of the litigation *for more than eleven years*—participating in discovery, reviewing settlement documents, communicating with counsel, and, in some cases, sitting for lengthy depositions—and the modest service awards that have been requested are reasonable in this case. And they have been patient.

40. The Service Awards will compensate the Representative Plaintiffs for their time and effort and for the risks they assumed in prosecuting this Action against Conagra for nearly eleven years through the submission of this motion for final approval of the New Settlement.

JOINT DEC ISO PLS' MOT FOR FINAL
APPROVAL OF NEW SETTLEMENT

CV 11-05379-CJC (AGRX)

1

2       Class Counsel Ariana J. Tadler, Adam J. Levitt, and David E. Azar, jointly declare under penalty

3   of perjury under the laws of the United States of America, that the foregoing is true and correct.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT DEC ISO PLS' MOT FOR FINAL
APPROVAL OF NEW SETTLEMENT

CV 11-05379-CJC (AGRX)

Dated: March 3, 2022

Respectfully submitted,

   /s/ David E. Azar

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
DAVID E. AZAR (SBN 218319)
280 South Beverly Drive, Suite PH
Beverly Hills, California  90212
Telephone: (213) 617-1200
dazar@milberg.com

**TADLER LAW LLP**
ARIANA J. TADLER (*pro hac vice*)
22 Bayview Avenue, Suite 200
Manhasset, New York  11030
Telephone: (212) 946-9300
atadler@tadlerlaw.com

**DICELLO LEVITT LLC**
ADAM J. LEVITT (*pro hac vice*)
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois  60602
Telephone: (312) 214-7900
alevitt@dicellolevitt.com

*Class Counsel*

JOINT DEC ISO PLS' MOT FOR FINAL
APPROVAL OF NEW SETTLEMENT

CV 11-05379-CJC (AGRX)

1

2

**CERTIFICATE OF SERVICE**

3

I, David E. Azar, an attorney, hereby certify that on March 3, 2023, I caused a true and correct

4

copy of the foregoing **JOINT DECLARATION OF ARIANA J. TADLER, ADAM LEVITT,**

5

**AND DAVID AZAR IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL**

6

**OF THE NEW SETTLEMENT** to be filed and served electronically via the Court's CM/ECF

7

system.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic

8

filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of

Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

9

10

 */s/ David E. Azar*

David E. Azar

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT DEC ISO PLS' MOT FOR FINAL
APPROVAL OF NEW SETTLEMENT

CV 11-05379-CJC (AGRX)

# EXHIBIT 1

DECLARATION OF GRETCHEN EOFF REGARDING NOTICE
PLAN IMPLEMENTATION AND SETTLEMENT
ADMINISTRATION STATUS

*In re Conagra Foods, Inc.*, No. CV 11-05379-CJC (AGRx), MDL No.
2291 (W.D. Cal.)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE CONAGRA FOODS, INC. | Case No. CV 11-05379-CJC (AGR) |
| | MDL No. 2291 |
| | **DECLARATION OF GRETCHEN EOFF REGARDING NOTICE PLAN IMPLEMENTATION AND SETTLEMENT ADMINISTRATION STATUS** |

I, Gretchen Eoff, declare as follows:

1.      I am a Senior Vice President of Operations at JND Legal Administration LLC ("JND").   The following statements are based on my personal knowledge and information provided to JND by Counsel and other JND employees working under my supervision and, if called upon to do so, I could and would testify competently thereto.

2.      JND previously filed a Declaration Regarding Proposed Settlement Notice Program filed September 30, 2022, Docket No. 807-2.  This Declaration is being filed to update the Court regarding implementation of the Notice Plan[1] and Settlement administration status.

**CAFA NOTICE**

3.      On October 11, 2022, and in compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, JND issued CAFA Notice regarding the Notice of Proposed Class

---

[1] Capitalized terms used and not otherwise defined in this Declaration shall have the meanings given such terms in the Settlement Agreement and Release ("Settlement Agreement"), filed September 30, 2022, Docket No. 807-2.

**DECLARATION OF GRETCHEN EOFF REGARDING NOTICE PLAN IMPLEMENTATION AND SETTLEMENT ADMINISTRATION STATUS**

- 1 -

Action Settlement to thirteen (13) Attorneys General of each state in which Class Members may reside.  All thirteen (13) CAFA Notices were delivered by FedEx.  A true and correct copy of the CAFA Notice and list of recipients is attached hereto as Exhibit A.

### DIRECT EMAIL NOTICE

4.      As directed by the Settlement Agreement and Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement filed November 14, 2022, Docket No. 811 ("Preliminary Approval Order"), on November 28, 2022, JND issued Email Notice to Class Members (with a valid email address) who filed a claim in the previously proposed Settlement. A representative copy of the Email Notice is attached hereto as Exhibit B.

5.      Of the 89,741 Class Members issued Email Notice, 87,301 or 97% were deemed delivered and 2,440 or 3% were deemed undeliverable.

### PRINT NOTICE

6.      As directed by the Settlement Agreement and Preliminary Approval Order, JND caused a half page notice to appear in the January 2, 2023 issue of *People* Magazine, that was on-sale beginning December 23, 2022.  A copy of the notice as it appeared in *People* is attached hereto as Exhibit C.

### DIGITAL NOTICE

7.      As directed by the Settlement Agreement and Preliminary Approval Order, on November 28, 2022, JND caused the digital effort to launch with the Google Display Network (GDN), Facebook, and Instagram.  The digital effort concluded on February 19, 2023, delivering 180,994,353 impressions to adults 18 years of age or older (Adults 18+) in the eleven Class States (i.e., California, Colorado, Florida, Illinois, Indiana, Nebraska, New York, Ohio, Oregon, South Dakota, Texas).  Overall, the digital effort delivered 1,994,353 impressions *more* than what was

**DECLARATION OF GRETCHEN EOFF REGARDING NOTICE PLAN IMPLEMENTATION AND SETTLEMENT ADMINISTRATION STATUS**

- 2 -

originally planned. A portion of the digital activity targeted a look-alike audience, that is, individuals with demographic traits similar to those who visited the Settlement Website or filed a claim. Focused targeting was also included. A portion of the GDN impressions targeted those with an affinity for cooking and fried cooking. The GDN effort also included a mix of various cooking sites, as well as some Spanish language sites. Likewise, a portion of the Facebook/Instagram activity was allocated towards those interested in cooking, cooking channels, cooking shows, cooking recipes, and vegetable oil.

8. The digital ads directly linked Class Members to the Settlement website, www.WessonOilSettlement.com, where they were able to receive more information about the Settlement, file a claim or opt out. The digital ads were served across all devices (desktop, laptop, tablet, and mobile), with an emphasis on mobile. Screenshots of the Digital Notices as they appeared on GDN, Facebook, and Instagram are attached hereto as Exhibit D.

## CLRA NOTICE

9. To fulfill California's Consumers Legal Remedies Act (CLRA) notice requirement, JND caused a quarter page notice to appear in the December 5, 2022, December 13, 2022, December 20, 2022, and December 27, 2022 issues of the *Los Angeles Daily News*. Copies of the notice as it appeared in the *Los Angeles Daily News* are attached hereto as Exhibit E.

## INTERNET SEARCH

10. JND also implemented a digital search effort from November 28, 2022 through February 19, 2023 to assist in directing Class Members to the Settlement Website. Overall, 27,961 additional digital impressions were served when purchased keywords related to this Settlement were searched. Screenshots of the internet search text ads as they appeared through Google search are attached hereto as Exhibit F.

**DECLARATION OF GRETCHEN EOFF REGARDING NOTICE PLAN INGEMENTATION AND SETTLEMENT ADMINISTRATION STATUS**

- 3 -

**PRESS RELEASE**

11.     On November 28, 2022, JND caused a press release to be distributed to over 15,000 English and Spanish media outlets nationwide.  An exact match of the press release was picked up 368 times with a potential audience of 179.2 million.  The press release, as distributed in both English and Spanish, is attached as Exhibit G.

**SPONSORSHIP OPPORTUNITIES**

12.     JND set up sponsorship opportunities with TopClassActions.com and ClassAction.org.  The sponsorship with TopClassActions.com included a featured Settlement listing; prime placement on the homepage and open settlements page; a featured newsletter placement, which delivers on average to 900,000 consumers weekly; and a social media promotion to their 145,000 Facebook followers.  The sponsorship with ClassActions.org included featured newsletter placements – once in the "New Settlements" section and once in the "Ending Soon" section, which are sent to over 200,000 subscribers; featured Settlement page placement with primary positioning for two weeks, delivering about 30,000 pageviews per week; a dedicated informational page; and a standard social media post on their Facebook page and Twitter account.

13.     Screenshots of the sponsorship activity with TopClassActions.com and ClassAction.org are attached as Exhibit H.

**SETTLEMENT WEBSITE**

14.     On November 23, 2022, JND established a Settlement Website, www.WessonOilSettlement.com, to provide additional information to Class Members including answers to frequently asked questions, important rights and options with deadlines, and allowed Class Members to electronically submit a Claim Form, download the Claim Form and Claim Form Instructions, and download the Settlement Notice in English and Spanish.  Settlement Website

**DECLARATION OF GRETCHEN EOFF REGARDING NOTICE PLAN IMPLEMENTATION AND SETTLEMENT ADMINISTRATION STATUS**

- 4 -

viewers can also download a copy the Settlement Agreement, the operative complaint in the Action as well as other relevant pleadings. The Settlement Website is optimized for display on mobile devices.  Keywords and natural language search terms are included in the site's metadata to maximize search engine rankings.

15.     As of February 23, 2023, there were 862,414 total views of the Settlement Website pages and documents and 263,044 unique visitors to the Settlement Website.  JND will continue to maintain the Settlement Website throughout the Settlement administration process.

### TOLL-FREE TELEPHONE NUMBER AND EMAIL

16.     On November 23, 2022, JND established a case-specific toll-free number (1-833-291-1651) that individuals may call to obtain additional information regarding the proposed Settlement.  The toll-free number is available twenty-four hours a day, seven days a week in both English and Spanish.

17.     As of February 23, 2023, JND has received 366 calls to the Settlement toll-free number.  In addition, JND has handled 707 email communications received to the Settlement email address (info@WessonOilSettlement.com).  JND will continue to maintain the Settlement toll-free number and email address and assist the Settlement Class throughout the Settlement administration process.

### OBJECTIONS

18.     As of February 23, 2023, JND has not received and is not aware of any Settlement objections.

**DECLARATION OF GRETCHEN EOFF REGARDING NOTICE PLAN IMPLEMENTATION AND SETTLEMENT ADMINISTRATION STATUS**

- 5 -

**REQUESTS FOR EXCLUSION**

19.     As of February 23, 2023, JND has received nine (9) valid exclusion requests and nine (9) invalid exclusion requests.  Lists of the timely and valid and invalid exclusions are attached hereto as Exhibits I and J, respectively.

**CLAIM FORMS AND CLAIM FORM VERIFICATION PROCESS**

20.     Per the terms of the Settlement Agreement, the deadline for Class Members to submit a Claim Form is May 22, 2023.  As of February 23, 2023, JND has cumulatively received 189,892 claims (189,486 filed online and 406 filed by mail) for 9,539,593,413 units.[2]

21.     Pursuant to Paragraphs 2.35 of the Settlement Agreement, JND is in the process of reviewing claims to determine validity and completeness and will continue to do so through the claim deadline.

**NOTICE PLAN REACH[3]**

22.     To calculate the reach of the Notice Program, JND used an MRI | Simmons and Comscore reach platform.[4]  According to these two reputable media reach platforms, the print and digital effort reached at least 70% of likely Class Members.  The Email Notice effort, CLRA

_____

[2] The total number of units reflects the amounts claimed, not the number of valid and verified units.  Based on JND's initial review of claims, this number is inflated by certain claim filers.  The largest 32 claims seek payment for between one million and one billion units each, accounting for 99.4% of all units claimed so far.

[3] Reach is the net, unduplicated percent of potential Class Members who have an opportunity to be exposed to notice at least one time over the course of the notice campaign.

[4] MRI is a nationally accredited research firm that provides consumer demographics, product and brand usage, and audience/exposure in all forms of advertising media. MRI is the leading producer of media and consumer research in the United States. Comscore's multi-reach platform allows us to analyze unduplicated audiences across desktop, smartphone, and tablet devices. We can assess the efficiency and effectiveness of our proposed media plans by reducing waste and improving campaign performance across all devices.

DECLARATION OF GRETCHEN EOFF REGARDING NOTICE PLAN
IMPLEMENTATION AND SETTLEMENT ADMINISTRATION STATUS
- 6 -

notice placements, internet search campaign, press release, and sponsorships extended reach further.  The reach here is similar to that of other court-approved programs and meets the standard set forth by the Federal Judicial Center.

23.     JND will continue to administer the Settlement through all phases of Settlement Administration, as required by the Settlement Agreement, Preliminary Approval Order, and pursuant to any future orders of this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 3, 2023 in Seattle, Washington.

GRETCHEN EOFF

# EXHIBIT A

JND LEGAL ADMINISTRATION

October 11, 2022

United States Attorney General
and the Appropriate Officials
Identified in Attachment A

      **RE:  CAFA Notice of Proposed Class Action Settlement**

Dear Sir or Madam:

This Notice is being provided to you in accordance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715 on behalf of Conagra Foods, Inc., the Defendant in the below-referenced class action ("the Action").  Plaintiffs' Notice of Motion and Motion for Preliminary Approval was filed with the Court on September 28, 2022.  The Court has scheduled an approval hearing to take place on November 21, 2022 at 1:30 p.m., Pacific.

| | |
|---|---|
| **Case Name:** | *In re Conagra Foods, Inc.* |
| **Case Number:** | 2:11-cv-05379-CJC-AGR |
| **Jurisdiction:** | United States District Court, Central District of California |
| **Date Settlement filed with Court:** | September 30, 2022 |

Copies of all materials filed in the above-named actions are electronically available on the Court's Pacer website found at http://www.cacd.uscourts.gov. Additionally, in compliance with 28 U.S.C. § 1715(b), the enclosed CD-ROM contains the following documents filed in the Action:

      **01 – Complaint.pdf**

          Class Action Complaint filed June 28, 2011 (ECF No. 1)

      **02 – Consolidated Amended Class Action Complaint.pdf**

          Consolidated Amended Class Action Complaint filed January 12, 2012 (ECF No. 80)

      **03 – Second Consolidated Amended Class Action Complaint.pdf**

          Second Consolidated Amended Class Action Complaint filed December 19, 2012 (ECF No. 143)

      **04 – Motion for Order Directing Notice to Class Members.pdf**

          Notice of Motion and Unopposed Motion for Order Directing Notice to Class Members filed March 12, 2019 (ECF No. 650), and attaching:

          1.  Exhibit A:  Order Directing Notice to Class Members.

      **05 – Memorandum in Support of Motion.pdf**

          Memorandum in Support of Unopposed Motion for Order Directing Notice to Class Members filed March 12, 2019 (ECF No. 651)

**06 – Notice of Motion.pdf**

Notice of Motion and Unopposed Motion for Order Directing Notice to Class Members filed on March 12, 2019 (EFC No. 650)

1. Exhibit A: Order Directing Notice to Class Members

**07 – Joint Declaration in Support of Motion.pdf**

Joint Declaration of Henry J. Kelston and Adam J. Levitt in Support of Unopposed Motion for Order Directing Notice to Classes filed March 12, 2019 (ECF No. 652), and attaching:

1. Exhibit 1:  Settlement Agreement and Release;

    a.  Exhibit A:  Order Directing Notice to Class Members;

        i.  Exhibit A-1:  Publication Notice;

        ii.  Exhibit A-2:  Posted Notice;

        iii.  Exhibit A-3:  Claim Form;

        iv.  Exhibit A-4:  Declaration of Jennifer M. Keough Regarding Proposed Notice Program;

            1.  Exhibit A:  Jennifer Keough Bio

            2.  Exhibit B:  Notice Plan

    b.  Exhibit B:  [Proposed] Final Order Approving Class Action Settlement;

2. Exhibit 2:  Milberg Tadler Phillips Grossman LLP's Firm Practice and Achievements;

3. Exhibit 3:  DiCello Levitt Gutzler LLC's Experience and Representative Cases; and

4. Exhibit 4:  Declaration of Colin B. Weir.

**08 – Notice of Motion and Motion for Preliminary Approval.pdf**

Notice of Motion and Motion for Preliminary Approval of the Settlement, Approval of Form and Manner of Notice, Approval to Notice the Classes, and Setting Final Settlement Schedule and Date for Final Approval Hearing filed September 30, 2022 (Docket No. 807), and attaching:

1. Exhibit 1:  Joint Declaration of Class Counsel in Support of Motion for Preliminary Approval of The Settlement, Approval of Form and Manner of Notice, Approval to Notice the Classes, and Setting Final Settlement Schedule and Date for Final Approval Hearing Pursuant to Fed. R. CIV. P. 23(e)(1)

    a.  Exhibit A:  Order Directing Notice to Class Members:

        i.  Exhibit A-1:  Claim Form;

      ii.  Exhibit A-2:  Publication Notice;

      iii.  Exhibit A-3:  Posted Notice;

      iv.  Exhibit A-4:  Notice Plan;

      v.  Exhibit A: Description of Experience of Gina M. Intrepido-Bowden.

   b.  Exhibit B:  Final Approval Order [placeholder];

2.  Exhibit 2:  Tadler Law LLP's Firm Resume;

3.  Exhibit 3: DiCello Levitt's Firm Resume;

4.  Exhibit 4: MCBPG's Firm Resume;

5.  Exhibit 5: Judge Robert M. Dow Jr.'s Order Granting Plaintiff's Motion for Final Approval of Class Action Settlement and Judgement and Awarding Attorney's Fees, Costs, and Service Awards.

It is not possible at this time to provide a breakdown of the total Settlement Class in accordance with 28 U.S.C. § 1715 (b)(7).  However, the scope of the Class definition is limited to all natural persons who reside in California, Colorado, Florida, Illinois, Indiana, Nebraska, New York, Ohio, Oregon, South Dakota, and Texas and the entirety of the Settlement Classes are located in those eleven U.S. states. Accordingly, we estimate the number of Class Members in each state to be roughly proportionate to the populations of the states.  Attached as Exhibit B is a breakdown of the 97,880 claimants who filed a claim by the August 22, 2019 claim deadline in the previously proposed Settlement.

There are no other settlements or agreements made between Counsel for the parties related to the Class defined in the proposed Settlement, and as of the date of this Notice, no Final Judgment or notice of dismissal has been entered in this case.

If you have any questions regarding the details of the case and settlement, please contact Defense Counsel's representative:

    Angela M Spivey
    ALSTON AND BIRD LLP
    One Atlantic Center
    1201 West Peachtree Street, NE
    Atlanta, GA 30309-3424
    Telephone: 404.881.7857
    Email: angela.spivey@alston.com

For questions regarding this Notice, please contact JND at:

    JND Class Action Administration
    1100 2nd Ave, Suite 300
    Seattle, WA  98101
    Phone: 800-207-7160

Regards,

JND Legal Administration

Enclosures

*In re Conagra Foods, Inc.* Class Action, Case No. 2:11-cv-05379
**CAFA Notice – Attachment A – Service List**

CAFA Coordinator
Office of the Attorney General
Consumer Protection Section
455 Golden Gate Ave., Ste 11000
San Francisco, CA  94102-1234

Phil Weiser
Office of the Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10th Fl
Denver, CO  80203

Ashley Moody
Office of the Attorney General
State of Florida
PL-01 The Capitol
Tallahassee, FL  32399-1050

Kwame Raoul
Office of the Attorney General
James R. Thompson Center
100 W. Randolph St
Chicago, IL  60601

Todd Rokita
Office of the Attorney General
Indiana Government Center South
302 W Washington St 5th Fl
Indianapolis, IN  46204

Doug Peterson
Attorney General's Office
2115 State Capitol
Lincoln, NE  68509

CAFA Coordinator
Office of the Attorney General
28 Liberty St
15th Fl
New York, NY  10005

Dave Yost
Attorney General's Office
State Office Tower
30 E Broad St 14th Fl
Columbus, OH  43215-3414

Ellen F. Rosenblum
Oregon Department of Justice
Justice Building
1162 Court St NE
Salem, OR  97301-4096

Mark Vargo
Office of the Attorney General
1302 E Highway 14
Ste 1
Pierre, SD  57501-8501

Ken Paxton
Office of the Attorney General
300 W. 15th St
Austin, TX  78701

Merrick Garland
Office of the U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC  20530-0001

Delaware Division of Corporations
John G. Townsend Bldg.
401 Federal Street, – Suite 4
Dover, DE 19901

# EXHIBIT B

| State | Code | Total |
|-------|------|-------|
| California | CA | 30,071 |
| Colorado | CO | 1,723 |
| Florida | FL | 18,280 |
| Illinois | IL | 8,087 |
| Indiana | IN | 3,199 |
| Nebraska | NE | 750 |
| New York | NY | 12,038 |
| Ohio | OH | 6,567 |
| Oregon | OR | 2,878 |
| South Dakota | SD | 324 |
| Texas | TX | 12,240 |
| Multiple States Selected (NY/OR Selected) | | 462 |
| Multiple States Selected (NY/OR Not Selected) | | 1,261 |
| | | 97,880 |

# EXHIBIT B

| | |
|---|---|
| **From:** | Wesson Oil Settlement Administrator <info@wessonoilsettlement.com> |
| **Sent:** | Monday, November 28, 2022 12:08 PM |
| **To:** | ▮▮▮▮▮ |
| **Subject:** | New Wesson Oil Settlement |

> **Security Notice:** This email originated outside of JND. Use caution when clicking links or opening attachments.

## <u>Court Authorized Legal Notice</u>

## You previously filed a claim in the WESSON OIL PRODUCTS Settlement and may receive benefits from a newly-proposed Settlement

A newly proposed Settlement has been reached in the class action lawsuit alleging that Defendant Conagra violated certain laws in the marketing, advertising, and sale of Wesson Oil Products made from Genetically Modified Ingredients (GMOs) as "Natural" (*In re ConAgra Foods, Inc.*, C.D. Cal., Case No. CV 11-05379-CJC (AGRx), MDL No. 2291). **This new Settlement replaces the previous settlement that was appealed and reversed by the Ninth Circuit.**

**Unless you choose to opt out of the new Settlement, the claim you filed in the previous settlement will be applied to the new Settlement. If you would like to update your claim, you may choose to file a new Claim Form.**

**What can I get from the new Settlement?**
A $3 million Settlement Fund will be used to pay Class Member benefits, an attorney expense award, administrative costs, service awards, and any other costs or expenses. Class Members who submit a valid Claim Form may receive $0.15 per unit of Wesson Oil Products purchased during the applicable Class Period, which will be adjusted up or down depending on number of claims filed. $575,000 of the Settlement Fund will be allocated only to New York and Oregon Class Members who submit valid claims. Go to www.WessonOilSettlement.com to learn more.

**What are my options?**
• <u>Get a payment:</u> Unless you choose to opt out of the Settlement, the Claim Form you filed in the previous settlement will be used to determine your payment in the new Settlement. You will be bound by the Court's judgments and give up your right to ever sue the Defendant about the legal claims in this case.

- Opt Out: If you want to remove your claim and keep your right to sue the Defendant about the legal claims in this case, you must submit an Opt-Out Request either online or postmarked and mailed by **March 22, 2023.**

- Object: If you do not opt out of the Settlement, you may tell the Court what you do not like about the Settlement by **March 22, 2023.**

For details on how to opt out or object, go to www.WessonOilSettlement.com.

The Court will hold a hearing at the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Courtroom 9B, Santa Ana, California 92701 on April 24, 2023 at 1:30 p.m. Pacific Time, to consider whether to approve the Settlement, an award for expenses, and service awards up to (a) $3,000 each for the six Class Representatives who were deposed and (b) $1,000 each for the seven who were not deposed. The Court appointed DiCello Levitt LLC, Tadler Law LLP, and Milberg Coleman Bryson Phillips Grossman LLP to represent the Class as Class Counsel, who will not be seeking attorneys' fees under the newly-proposed Settlement. You or your attorney may ask to appear and speak at the hearing at your own expense, but you do not have to.

**How do I get more information?**
Visit www.WessonOilSettlement.com; Call toll-free 1-833-291-1651; or Write to Wesson Oil Settlement, c/o JND Legal Administration, P.O. Box 11050, Seattle, WA 98111-9349.

To unsubscribe from this list, please click on the following link: Unsubscribe

# EXHIBIT C



**Brad Goes Public With New Romance**
*All About Ines de Ramon*

**STEPHEN 'TWITCH' BOSS**
The Dancer and DJ's Tragic Death at 40

# People

EXCLUSIVE People EXCLUSIVE

## Shania Twain Is Back!

## Tragedy, Heartbreak, Triumph.

After her ex's painful affair & nearly losing her voice to Lyme disease, the country queen found love again—and is reclaiming her throne

$6.99

January 2, 2023

0  72440 10227  9

## LEGAL NOTICE

**If you resided in California, Colorado, Florida, Illinois, Indiana, Nebraska, New York, Ohio, Oregon, South Dakota, or Texas and purchased WESSON OIL PRODUCTS in that state, you may be eligible to receive a payment from a $3 million class action settlement**

*Para una notificación en español, visite www.WessonOilSettlement.com*

A newly proposed Settlement has been reached in a class action lawsuit (*In re ConAgra Foods, Inc*, C.D. Cal., Case No. CV 11-05379-CJC (AGRx), MDL No. 2291). **This new Settlement replaces the previous settlement that was appealed and reversed by the Ninth Circuit.** The Court authorized this notice and will decide whether to approve the newly proposed Settlement.

**WHO IS AFFECTED?** You are a Class Member only if you resided in any of these eleven States and purchased Wesson brand cooking oils, including Wesson Vegetable Oil, Wesson Canola Oil, Wesson Corn Oil, and Wesson Best Blend ("Wesson Oil Products"), for your own personal, non-commercial use in that state during the applicable Class Period:

| State | Class Period |
|---|---|
| California | June 28, 2007 through July 1, 2017 |
| Colorado | January 12, 2009 through July 1, 2017 |
| Florida | January 12, 2008 through July 1, 2017 |
| Illinois | January 12, 2007 through July 1, 2017 |
| Indiana | January 12, 2006 through July 1, 2017 |
| Nebraska | January 12, 2008 through July 1, 2017 |
| New York | January 12, 2008 through July 1, 2017 |
| Ohio | January 12, 2010 through July 1, 2017 |
| Oregon | January 12, 2006 through July 1, 2017 |
| South Dakota | January 12, 2006 through July 1, 2017 |
| Texas | January 12, 2010 through July 1, 2017 |

**WHAT'S THIS LAWSUIT ABOUT?** The lawsuit alleges that Defendant Conagra violated certain laws in the marketing, advertising, and sale of Wesson Oil Products made from Genetically Modified Ingredients (GMOs) as "Natural." Conagra denies any and all wrongdoing of any kind whatsoever and has asserted various defenses that it believes are meritorious.

**WHAT CAN YOU GET FROM THE SETTLEMENT?** A $3 million Settlement Fund will be used to pay Class Member payments, expenses for litigating the case since 2011, administrative costs, service awards, and any other costs or expenses. Class Members who timely submit a valid Claim Form may receive $0.15 per unit of Wesson Oil Products purchased during the applicable Class Period, subject to an up or down adjustment based upon the number of Claims filed. $575,000 of the Settlement Fund will be allocated only to New York and Oregon Class Members who submit valid claims. Go to www.WessonOilSettlement.com to learn more.

**HOW DO YOU GET A PAYMENT? If you filed a claim in the previous settlement that reflects all of your qualifying purchases, you do not need to do anything.** If you have not previously filed a claim, go to www.WessonOilSettlement.com and file or download a Claim Form. All Claim Forms must be either submitted online or postmarked and mailed by **May 22, 2023.** Only one Claim Form can be submitted per Household, which is defined as all persons residing at the same physical address.

**WHAT ARE YOUR OPTIONS?** If you are a Class Member and you do nothing or file a Claim Form, you will be bound by the Court's judgments. If you want to opt out of the Settlement, you must submit an Opt-Out Request either online or postmarked and mailed by **March 22, 2023.** Any Class Member who does not opt out of the Settlement may object to the Settlement by filing a written objection by **March 22, 2023.** For details on how to opt out or object, go to www.WessonOilSettlement.com.

The Court will hold a hearing at the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Courtroom 9B, Santa Ana, California 92701, on April 24, 2023 at 1:30 p.m. PT, to consider whether to approve the Settlement, an award for expenses, and service awards up to (a) $3,000 each for the six Class Representatives who were deposed and (b) $1,000 each for the seven Class Representatives who were not deposed. The Court appointed DiCello Levitt LLC, Tadler Law LLP, and Milberg Coleman Bryson Phillips Grossman LLP to represent the Class as Class Counsel. You or your attorney may ask to appear and speak at the hearing at your own expense, but you do not have to.

**HOW DO I GET MORE INFORMATION?** Visit www.WessonOilSettlement.com; call toll-free 1-833-291-1651; or write: Wesson Oil Settlement, c/o JND Legal Administration, P.O. Box 11050, Seattle, WA 98111-9349.

www.WessonOilSettlement.com          1-833-291-1651

**People picks**



EO with Sandra Drzymalska.

### MOVIE | EO

`DRAMA` In this beautifully forlorn Polish fable, a gentle donkey named EO escapes from a farm—it's a kind of petting zoo—and embarks on a series of lonely adventures. Is he lost, or is he free? With its spare, poetic sense of place, the film can feel like *Nomadland* with a four-legged Frances McDormand. (*In theaters, not rated*)



## Loved Aubrey Plaza on *The White Lotus*? Try ...

### NETFLIX | **Emily the Criminal**

`DRAMA` On the just-concluded season 2 of the HBO hit, the actress hammered out notes of irony with the dexterity of a marimba player. In this 2022 film she's more direct, vulnerable yet tough, as a woman who goes to work for some surprisingly violent scamsters. Toughness wins out. (*Streaming now*)

# EXHIBIT D









PHOTO: LINDSEY HAYES

## How to Store Turkey Pot Pie

Allow the turkey pot pie to cool completely, then transfer it to an airtight container. Store in the refrigerator for three to four days.

Ad



Purchasers of certain Wesson Oil Products may qualify for a payment from a newly proposed class action settlement    FILE A CLAIM





TexAgs   FORUMS   FOOTBALL   RECRUITING   SPORTS   PREMIUM   SPONSORS   STACKED   MORE   Log In | Register

**The Loochador Podcast: Ags save best for last in third top-15 win of '22**

TexAgs co-owner and executive editor Billy Liucci sat down with David Nuño on Sunday afternoon to rehash the Maroon & White's best performance of the season as Texas A&M knocked off No. 5 LSU at Kyle Field on Saturday night to pick up a third top-15 win in 2022.

By Billy Liucci  28

Thanks to a generous $10 million combined gift from Ray Rothrock '77 and others, Texas A&M now has its very own Global Cyber Research Institute! ›

**Shiner FAN POLL** NEW!

Who do you think wins the College Football Playoff?

- ○ Michigan
- ○ Georgia
- ○ TCU
- ○ USC
- ○ Other



AVISO LEGAL

NUEVA CONCILIACIÓN

Los compradores de ciertos productos Wesson Oil pueden reunir los requisitos para recibir un pago de una propuesta de acuerdo de conciliación en una demanda colectiva.

PRESENTAR UN RECLAMO



BASKETBALL

At A Glance: SMU Mustangs venture to Aggieland on Wednesday

By Logan Lee



PRESENTED BY PINTAIL HUNTING CLUB   FOOTBALL   6:36

'Attack': LB Edgerrin Cooper felt a different energy in win over LSU

By David Nuño



WOMEN'S BASKETBALL   7:04

Joni Taylor takes Aggies to 'The Phog' for battle with unbeaten Kansas

By David Nuño



PRESENTED BY THE SLEEP STATION   BASKETBALL   25:53

Press Conference: Williams, Aggies host SMU for Wednesday night tilt

By TexAgs



2:57  laylita.com

Search  🔍

SEARCH



## CREAMY CAULIFLOWER POTATO SOUP {ECUADORIAN LOCRO DE COLIFLOR}

Easy and comforting recipe for a creamy cauliflower potato soup inspired by the classic Ecuadorian locro style soup, made with achiote, onion, garlic, cauliflower, potatoes, milk, cheese and cilantro.



NUEVA CONCILIACIÓN
AVISO LEGAL
Los compradores de ciertos productos Wesson Oil pueden reunir los requisitos para recibir un pago

PRESENTAR UN RECLAMO









# EXHIBIT E

MONDAY, DECEMBER 5, 2022

**CLASSIFIEDS** 11

## Legal Notice

### INTERNAL SERVICES DEPARTMENT AWARD 13 JOB ORDER CONTRACTS FOR MAINTENANCE, REPAIR, REMODELING, AND REFURBISHMENT OF COUNTY INFRASTRUCTURE AND FACILITIES ADOPT SPECIFICATIONS (ALL DISTRICTS—3 VOTES) OFFICIAL NOTICE INVITING BIDS

Notice is hereby given that Internal Services Department (ISD) will receive electronic bids for furnishings, materials, labor, and equipment required to complete construction for the following 13 separate Job Order Contracts (JOC): GENERAL BUILDING (JOC9B, JOC9C, JOC9D, JOC9E); GENERAL ENGINEERING (JOC9A, JOC9B, JOC9C); ABATEMENT (AJOC2, AJOC3); ELECTRICAL (EJOC5, EJOC6) LOW VOLTAGE SYSTEMS; LVJOC5; PLUMBING; PLUMBJOC11; ROOFING; ROOFJOC18; HEATING, VENTILATING, AND AIR CONDITIONING (HVAC) HVACJOC23, HVACJOC24. Copies of the Solicitation Documents may be downloaded free of charge by visiting the following websites: Doing Business With — Los Angeles County http://isd.lacounty.gov/ https://locavss.lacounty.gov/webpage/vssrvrl/old!service Each JOC will have a one (1) year term and a Maximum Contract Value of$5,250,000. The contract, if awarded, will be awarded to a responsible contractor with the lowest responsive bid; however, the County reserves the right to reject any and all bids or to waive inconsequential and non-material errors and discrepancies. Bidders must comply with the provisions of the Bidding Requirements and General Conditions concerning bid guarantee, contract bonds, and insurance requirements. Bidders must possess a valid license, for the applicable JOC, at the time of bid. License requirements for each of the JOCs are summarized below; General Classification: General Building (JOC9B, JOC9B, JOC9E) A License; B Type; General Classification: General Engineering (JOC9B, JOC9B) License: A, Type; Specialty Classification: Asbestos Abatement (AJOC2) License: C-22 Type; Specialty Classification: Electrical (EJOC5, EJOC6) License: C-10 Type; Specialty Classification: Low Voltage Systems (LVJOC5) License: C-7 Type; Specialty Classification: Plumbing (PLUMBJOC11) License: C-36 Type; Specialty Classification: Roofing (ROOFJOC18) License: C-39 Type; Specialty Classification: Heating, Ventilating and AirConditioning (HVACJOC23, HVACJOC24) License: C-20 Bids must be submitted electronically via Los Angeles County's Vendor Self Service (VSS) portal by 3 p.m. Pacific Time (PT) on Wednesday, January 4, 2023, and no bids may be submitted after that date and time. It is the sole responsibility of the submitting Bidder to ensure that its bid is received before the submission deadline. Submitting Bidders shall bear all risks associated with delays. No hand-delivery, mail-in, facsimile (fax), or electronic mail (e-mail) copies will be accepted. The bids must be submitted on the bid forms included in the Bidder's Instructions. The bids shall be opened publicly on Thursday, January 5, 2023, at 1:00 p.m., via MS Teams. To receive the Microsoft Teams (MS Teams) link Bid Opening, please contact: jocsolicitation@isd.lacounty.gov. To submit a bid, Bidders must be registered with the VSS portal at: https://locavss.lacounty.gov/webpage/vssrvrl1/ol!self service For VSS registration, please refer to the Vendor Help Guide at: https://locavss.lacounty.gov/LoginExternal/Forms/VendorHelpGuideMenu.pdf. For technical assistance, please contact the ISD eCAPS Help Desk at: edi-eroc.func@isd.lacounty.gov. All questions about the meaning or intent of the Solicitation Documents shall be submitted to the County in writing, via email, jocsolicitation@isd.lacounty.gov. Questions shall be answered via a formal written Addendum issued by ISD. Questions must be received by Tuesday, December 6, 2022. Only questions answered by formal written Notice will be binding. Oral and other interpretations or clarifications will be without legal effect. ISD will hold a single mandatory pre-bid conference on-line via MS Teams for all listed JOCs at 10:00 a.m. on Tuesday, November 29, 2022, to provide information on the JOC, bidding process, and answer any questions that potential Bidders may have. It is required that the pre-bid conference be attended by the president/owner of the bidding organization or by a duly appointed and documented in writing designee of each Bidder. In the County's sole discretion, failure to comply with this requirement may be a basis to reject the bid as non-responsive. To pre-register and receive the MS Teams link for the pre-bid conference, please contact: jocsolicitation@isd.lacounty.gov. The County supports and encourages equal opportunity contracting. The contractor shall make good faith efforts, as defined in Section 2000 of the State Public Contract Code, relating to contracting with Community Business Enterprises. The Board of Supervisors reserves the right to reject any or all bids or to waive technical errors and discrepancies in bids submitted in the public's interest. Si necesita información en español, por favor llame al teléfono (323) 267-2344. Upon 72 hours' notice, ISD can provide program information and publication in alternate formats or make other accommodations for people with disabilities. In addition, program documents are available at our office in Los Angeles (1100 N. Eastern Avenue, Los Angeles), which is accessible to individuals with disabilities. To request accommodations ONLY, or for more ADA information, please contact our departmental ADA Coordinator at (323) 881-4599 or (323) 267-2445, Monday through Thursday, from 7:00 a.m. to 5:30 a.m. Can 72 horas de notificación, ISD puede proporcionar información y publicaciones sobre el programa y formas alternas o hacer otras acomodaciones para personas incapacitada. Además, documentación sobre el programa está disponible en nuestra oficina principal en Los Angeles (1100 N. Eastern Avenue, Los Angeles) lo cual es accesible para individuos con incapacidades. Para solicitar comodidades SOLAMENTE, o para más información del ADA, pongase en contacto con nuestro Coordinador del ADA del departamento al (323) 881-4599 or (323) 267-2432, de Lunes a Jueves de 7:00 a.m. a 5:30 p.m. Byorder of the Board of Supervisors of the County of Los Angeles, State of California, dated November 1, 2022. CELIA ZAVALA, EXECUTIVE OFFICER OF THE BOARD OF SUPERVISORS OF THE COUNTY OF LOS ANGELES
11/29, 12/05/22
CNS-3644015#
DAILY NEWS LOS ANGELES

## LEGAL NOTICE

**If you resided in California, Colorado, Florida, Illinois, Indiana, Nebraska, New York, Ohio, Oregon, South Dakota, or Texas and purchased WESSON OIL PRODUCTS in that state, you may be eligible to receive a payment from a $3 million class action settlement**

*Para una notificación en español, visite www.WessonOilSettlement.com*

A newly proposed Settlement has been reached in a class action lawsuit (*In re ConAgra Foods, Inc.*, C.D. Cal., Case No. CV 11-05379-CJC (AGRx), MDL No. 2291). This new Settlement replaces the previous settlement that was appealed and reversed by the Ninth Circuit. The Court authorized this notice and will decide whether to approve the newly proposed Settlement.

### WHO IS AFFECTED?

You are a Class Member only if you resided in any of these eleven States and purchased Wesson brand cooking oils, including Wesson Vegetable Oil, Wesson Canola Oil, Wesson Corn Oil, and Wesson Best Blend ("Wesson Oil Products"), for your own personal, non-commercial use in that state during the applicable Class Period:

| State | Class Period |
|---|---|
| California | June 28, 2009 through July 1, 2017 |
| Colorado | January 12, 2009 through July 1, 2017 |
| Florida | January 12, 2008 through July 1, 2017 |
| Illinois | January 12, 2007 through July 1, 2017 |
| Indiana | January 12, 2006 through July 1, 2017 |
| Nebraska | January 12, 2008 through July 1, 2017 |
| New York | January 12, 2008 through July 1, 2017 |
| Ohio | January 12, 2008 through July 1, 2017 |
| Oregon | January 12, 2006 through July 1, 2017 |
| South Dakota | January 12, 2006 through July 1, 2017 |
| Texas | January 12, 2010 through July 1, 2017 |

### WHAT'S THIS LAWSUIT ABOUT?

The lawsuit alleges that Defendant Conagra violated certain laws in the marketing, advertising, and sale of Wesson Oil Products made from Genetically Modified Ingredients (GMOs) as "Natural." Conagra denies any and all wrongdoing of any kind whatsoever and has asserted various defenses that it believes are meritorious.

### WHAT CAN YOU GET FROM THE SETTLEMENT?

A $3 million Settlement Fund will be used to pay Class Member payments, expenses for litigating the case since 2011, administrative costs, service awards, and any other costs or expenses. Class Members who timely submit a valid Claim Form may receive $0.15 per unit of Wesson Oil Products purchased during the applicable Class Period, subject to an up or down adjustment based upon the number of Claims filed. $575,000 of the Settlement Fund will be allocated only to New York and Oregon Class Members who submit valid claims. Go to www.WessonOilSettlement.com to learn more.

### HOW DO YOU GET A PAYMENT?

If you filed a claim in the previous settlement that reflects all of your qualifying purchases, you do not need to do anything. If you have not previously filed a claim, go to www.WessonOilSettlement.com and file or download a Claim Form. All Claim Forms must be either submitted online or postmarked and mailed by May 22, 2023. Only one Claim Form can be submitted per Household, which is defined as all persons residing at the same physical address.

### WHAT ARE YOUR OPTIONS?

If you are a Class Member and you do nothing or file a Claim Form, you will be bound by the Court's judgments. If you want to opt-out of the Settlement, you must submit an Opt-Out Request either online or postmarked and mailed by March 22, 2023. Any Class Member who does not opt out of the Settlement may object to the Settlement by filing a written objection by March 22, 2023. For details on how to opt out or object, go to www.WessonOilSettlement.com.

The Court will hold a hearing at the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Courtroom 9B, Santa Ana, California 92701, on April 24, 2023 at 1:30 p.m. PT, to consider whether to approve the Settlement, an award for expenses, and service awards up to (a)$3,000 each for the six Class Representatives who were deposed and (b) $1,000 each for the seven Class Representatives who were not deposed. The Court appointed DiCello Levitt LLC, Tadler Law LLP, and Milberg Coleman Bryson Phillips Grossman LLP to represent the Class as Class Counsel. You or your attorney may ask to appear and speak at the hearing at your own expense, but you do not have to.

### HOW DO I GET MORE INFORMATION?

Visit www.WessonOilSettlement.com; call toll-free 1-833-291-1651; or write: Wesson Oil Settlement, c/o JND Legal Administration, P.O. Box 11050, Seattle, WA 98111-9349.

**www.WessonOilSettlement.com                    1-833-291-1651**


PLACE YOUR LEGAL NOTICE
24 hours a day, 7 days a week!
Fictitious Business Names, Summons, Name Changes and more!
at publicnotices.scng.com

## NOTICE OF PUBLIC SALE

Notice is hereby given that PODS Enterprises, L.L.C., located at 5370 South Boyle Ave, Vernon, CA 90058, will sell the contents of certain containers at auction to the highest bidder to satisfy owner's lien. Auction will be held online at www.StorageTreasures.com starting on December 14, 2022 and ending on December 21, 2022, continuing to such day include general household goods, electronics, office & business equipment, furniture, clothing and other miscellaneous property. The name of the occupants and the respective items to be sold are as follows: David Rosenblum-Grill, couch, vacuum and other miscellaneous items; Nicole Luster- General household goods, electronics, office & business equipment, furniture, clothing and other miscellaneous property; Angel Castaneda-Furniture, décor, lamps and other miscellaneous items; Alexander Franshaw- Couch, filing cabinets, tv and other miscellaneous items; Gerardo Salmeron-Dresser, table, boxes and other miscellaneous items; Martin Derek- Side tables, chairs, boxes and other miscellaneous items; Lynn Leonor- General household goods, electronics, office & business equipment, furniture, clothing and other miscellaneous property; Keith Adams- Mattress, car accessories, tools and other miscellaneous items; Mary Gunn-Entertainment center, bed frame, tv and other miscellaneous items; Dorian Mccoy- General household goods, electronics, office & business equipment, furniture, clothing and other miscellaneous property.
Los Angeles Daily News
Published: 11/28, 12/5/22

### Notice of Self Storage Sale

Please take notice SecureSpace Self Storage - Van Nuys located at 7523 Woodman Pl Van Nuys CA 91405 intends to hold an auction to sell the goods stored by the following tenants at the storage facility. The sale will occur as an online auction via www.storagetreasures.com on 12/21/2022 at 3:00pm. Unless stated otherwise, the description of the contents are household goods and furnishings. Celena Castro; Isabel Laina; Jeff Henderson; John Dizon; Jose Alfredo Salvador; Jose Mancio; Lilian Garcia; Teresa Bryant; Virginia Salas (2 units); Zuleyma E Quezada. All property is being stored at the above self-storage facility. This sale may be withdrawn at any time without notice. Certain terms and conditions apply. See manager for details.
Los Angeles Daily News
Published: 12/5, 12/12/22



## FIRST & FAST FOREMOST...

*Get the inside scoop on all your favorite topics...*

### Sign Up for Email Newsletters

Now you can have the day's top stories emailed directly to your inbox — at home, at work or wherever you connect. Register now and customize your own news feeds for breaking news, sports, business and more.

> Breaking News    > Preps
> Promotions        > Sports
> Business          > Opinion

Sign up today at dailynews.com/newsletters

**Los Angeles Daily News**
dailynews.com

*No cost or obligation, unsubscribe at any time.

# NEWS FROM HOME

## Any Way You Like It



Smart Phone ■ Tablet ■ Desktop ■ Print

dailynews.com/subscribe   877.469.6133

# Daily News

### Local. News. Matters.

dailynews.com

twitter.com/LADailyNews    facebook.com/LADailyNews

## Something to SELL?

We're waiting for your call! 888.883.7355

**Los Angeles Daily News**
www.dailynews.com

Classifieds

**CLASSIFIEDS** 9

| Legal Notice | Legal Notice | Legal Notice | Legal Notice | Legal Notice | Legal Notice | Legal Notice | Legal Notice |

## LEGAL NOTICE

**If you resided in California, Colorado, Florida, Illinois, Indiana, Nebraska, New York, Ohio, Oregon, South Dakota, or Texas and purchased WESSON OIL PRODUCTS in that state, you may be eligible to receive a payment from a $3 million class action settlement**

*Para una notificación en español, visite www.WessonOilSettlement.com*

A newly proposed Settlement has been reached in a class action lawsuit (*In re Conagra Foods, Inc.*, C.D. Cal., Case No. CV 11-05379-CJC (AGRx), MDL No. 2291). **This new Settlement replaces the previous settlement that was appealed and reversed by the Ninth Circuit.** The Court authorized this notice and will decide whether to approve the newly proposed Settlement.

**WHO IS AFFECTED?**

You are a Class Member only if you resided in any of these eleven States and purchased Wesson brand cooking oils, including Wesson Vegetable Oil, Wesson Canola Oil, Wesson Corn Oil, and Wesson Best Blend ("Wesson Oil Products"), for your own personal, non-commercial use in that state during the applicable Class Period:

| State | Class Period |
|---|---|
| California | June 28, 2007 through July 1, 2017 |
| Colorado | January 12, 2009 through July 1, 2017 |
| Florida | January 12, 2008 through July 1, 2017 |
| Illinois | January 12, 2007 through July 1, 2017 |
| Indiana | January 12, 2006 through July 1, 2017 |
| Nebraska | January 12, 2008 through July 1, 2017 |
| New York | January 12, 2008 through July 1, 2017 |
| Ohio | January 12, 2010 through July 1, 2017 |
| Oregon | January 12, 2006 through July 1, 2017 |
| South Dakota | January 12, 2006 through July 1, 2017 |
| Texas | January 12, 2010 through July 1, 2017 |

**WHAT'S THIS LAWSUIT ABOUT?**

The lawsuit alleges that Defendant Conagra violated certain laws in the marketing, advertising, and sale of Wesson Oil Products made from Genetically Modified Ingredients (GMOs) as "Natural." Conagra denies any and all wrongdoing of any kind whatsoever and has asserted various defenses that it believes are meritorious.

**WHAT CAN YOU GET FROM THE SETTLEMENT?**

A $3 million Settlement Fund will be used to pay Class Member payments, expenses for litigating the case since 2011, administrative costs, service awards, and any other costs or expenses. Class Members who timely submit a valid Claim Form may receive $0.15 per unit of Wesson Oil Products purchased during the applicable Class Period, subject to an up or down adjustment based upon the number of Claims filed. $575,000 of the Settlement Fund will be allocated only to New York and Oregon Class Members who submit valid claims. Go to www.WessonOilSettlement.com to learn more.

**HOW DO YOU GET A PAYMENT?**

**If you filed a claim in the previous settlement that reflects all of your qualifying purchases, you do not need to do anything.** If you have not previously filed a claim, go to www.WessonOilSettlement.com and file or download a Claim Form. All Claim Forms must be either submitted online or postmarked and mailed by **May 22, 2023.** Only one Claim Form can be submitted per Household, which is defined as all persons residing at the same physical address.

**WHAT ARE YOUR OPTIONS?**

If you are a Class Member and do nothing or file a Claim Form, you will be bound by the Court's judgments. If you want to opt out of the Settlement, you must submit an Opt-Out Request either online or postmarked and mailed by **March 22, 2023**. Any Class Member who does not opt out of the Settlement may object to the Settlement by filing a written objection by **March 22, 2023.** For details on how to opt out or object, go to www.WessonOilSettlement.com.

The Court will hold a hearing at the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Courtroom 9B, Santa Ana, California 92701, on April 24, 2023 at 1:30 p.m. PT, to consider whether to approve the Settlement, an award for expenses, and service awards up to (a) $3,000 each for the six Class Representatives who were designated of the $1,000 each for the seven Class Representatives who were not deposed. The Court appointed DiCello Levitt LLC, Tadler Law LLP, and Milberg Coleman Bryson Phillips Grossman LLP to represent the Class as Class Counsel. You or your attorney may ask to appear and speak at the hearing at your own expense, but you do not have to.

**HOW DO I GET MORE INFORMATION?**

Visit www.WessonOilSettlement.com; call toll-free 1-833-291-1651; or write: Wesson Oil Settlement, c/o JND Legal Administration, P.O. Box 11050, Seattle, WA 98111-9349.

www.WessonOilSettlement.com                    1-833-291-1651

---

**NOTICE OF SALE ABANDONED PERSONAL PROPERTY**

Notice is hereby given that the undersigned intends to sell the personal property described below to enforce a lien imposed on said property pursuant to the California Self Storage Act. Items will be sold at www.storagetreasures.com by competitive bidding ending on December 30, 2022 at 12pm. Property has been stored and is located at A-1 Self Storage, 10811 Vanowen ST. North Hollywood CA, 91605 Sale subject to cancellation up to the time of sale; company reserves the right to refuse any online bids.

Property to be sold as follows: misc. household goods, computers, electronics, tools, personal items, furniture, clothing, office furniture & equipment, sporting goods, etc.; belonging to the following:

Henry Ramirez
Erica Villanueva
Hellen Marquez
David De Jesus
Marco Mora
Michael Francis Ohare
Devin Powell
Wanda Hernandez
Michael Schmitz
Brandon Thomas
Auction by StorageTreasures.com
800-213-4183

Los Angeles Daily News
Published: 12/6, 12/13/22

| Legal Notice | Legal Notice |

County of Los Angeles
Aging and Disabilities Department
(AD)
**Invitation for Bids
Solicitation No.: AAA-HICAP-2324 IFB**

Release date: Tuesday,
December 13, 2022

Purpose: Health Insurance
Counseling and Advocacy
Program Services
**Mandatory Bidders' Conference:** Monday, December 19, 2022 at 10:00 a.m. Pacific Time (PT) Telephone Conference Number: (323) 776-6996
Conference ID Number: 677 884 580#

Bid Due Date/Time: Thursday,
January 5, 2023, at 5:00 p.m. PT

Visit:
https://www.lacountywdl.org/business
Questions: adaffb@ad.lacounty.gov
CN991844 23036708-1 Dec 13, 2022

| Legal Notice | Legal Notice |

**NEW PROPERTY OWNER:**

Pathfinder Academy, Inc.
Heather-Lee: Mehudar
aka-bodale-/y/3gTdpvi
Los Angeles Daily News
Published: 12/13/22

---

**NOTICE OF SALE ABANDONED PERSONAL PROPERTY**

Notice is hereby given that the undersigned intends to sell the personal property described below to enforce a lien imposed on said property pursuant to the California Self Storage Act. Items will be sold at www.storagetreasures.com by competitive bidding ending on 12/29/2022 at 12:00pm. Property has been stored and is located at A-1 Self Storage, 5310 Vineland Avenue, North Hollywood, CA 91601. Sale subject to cancellation up to the time of sale; company reserves the right to refuse any online bids.

Property to be sold as follows: misc. household goods, computers, electronics, tools, personal items, furniture, clothing, office furniture & equipment, sporting goods, etc.; belonging to the following:

The Synch Network
George R Splane
Julio Nieves
Thonousone Volorat
Joseph Maldonado Ramirez
Jordan Boothe
Joe Alerta

Auction by StorageTreasures.com
800-213-4183

Los Angeles Daily News
Published: 12/6, 12/13/22



**breaking news**

Never miss a big story!

Sign Up for Breaking News Emails

Whether it's news from down the block or around the globe, when important news happens, you'll be the first to know.

Sign up today at dailynews.com/newsletters

Los Angeles Daily News
dailynews.com

*No cost or obligation, unsubscribe at any time.*



**PLACE YOUR LEGAL NOTICE**

24 hours a day, 7 days a week!

Fictitious Business Names,
Summons, Name Changes and more!

at
publicnotices.scng.com

---



**THERE'S SO MUCH MORE TO EXPLORE WITH**

## SCNG PREMiUM

**MAGAZINES | DIGITAL CONTENT | EVENTS**

AVAILABLE **EXCLUSIVELY** TO SUBSCRIBERS

With your subscription, you get MORE than your area's best local news coverage. You also gain access to SCNG PREMIUM, a series of special glossy magazines, virtual events and digital content published exclusively for our valued subscribers.

Whether it's a premium edition magazine devoted entirely to a specific topic, or a live podcast interview with a group of best-selling authors, it's all part of the value and variety of SCNG PREMIUM.

Subscribe today at scng.com/subscribe.

Already a subscriber? Be sure to link your account to your email to learn more about everything SCNG PREMIUM has to offer. Just go to scng.com/myaccount.



**SOUTHERN CALIFORNIA NEWS GROUP**

Los Angeles Daily News ■ The Orange County Register ■ The Press-Enterprise ■ Press-Telegram (Long Beach) ■ Daily Breeze (Torrance) ■ Pasadena Star-News
San Gabriel Valley Tribune ■ Whittier Daily News ■ Inland Valley Daily Bulletin ■ The Sun (San Bernardino) ■ The Facts (Redlands)

Legal Notice | Legal Notice | Legal Notice | Legal Notice | Business Notices | Business Notices | Business Notices | Business Notices | Business Notices

## LEGAL NOTICE

**If you resided in California, Colorado, Florida, Illinois, Indiana, Nebraska, New York, Ohio, Oregon, South Dakota, or Texas and purchased WESSON OIL PRODUCTS in that state, you may be eligible to receive a payment from a $3 million class action settlement**

*Para una notificación en español, visite www.WessonOilSettlement.com.*

A newly proposed Settlement has been reached in a class action lawsuit (*In re ConAgra Foods, Inc*, C.D. Cal., Case No. CV 11-05379-CJC (AGRx), MDL No. 2291). **This new Settlement replaces the previous settlement that was appealed and reversed by the Ninth Circuit.** The Court authorized this notice and will decide whether to approve the newly proposed Settlement.

**WHO IS AFFECTED?**

You are a Class Member only if you resided in any of these eleven States and purchased Wesson brand cooking oils, including Wesson Vegetable Oil, Wesson Canola Oil, Wesson Corn Oil, and Wesson Best Blend ("Wesson Oil Products"), for your own personal, non-commercial use in that state during the applicable Class Period:

| State | Class Period |
|---|---|
| California | June 28, 2007 through July 1, 2017 |
| Colorado | January 12, 2009 through July 1, 2017 |
| Florida | January 12, 2008 through July 1, 2017 |
| Illinois | January 12, 2007 through July 1, 2017 |
| Indiana | January 12, 2006 through July 1, 2017 |
| Nebraska | January 12, 2008 through July 1, 2017 |
| New York | January 12, 2008 through July 1, 2017 |
| Ohio | January 12, 2010 through July 1, 2017 |
| Oregon | January 12, 2006 through July 1, 2017 |
| South Dakota | January 12, 2006 through July 1, 2017 |
| Texas | January 12, 2010 through July 1, 2017 |

**WHAT'S THIS LAWSUIT ABOUT?**

The lawsuit alleges that Defendant Conagra violated certain laws in the marketing, advertising, and sale of Wesson Oil Products made from Genetically Modified Ingredients (GMOs) as "Natural." Conagra denies any and all wrongdoing of any kind whatsoever and has asserted various defenses that it believes are meritorious.

**WHAT CAN YOU GET FROM THE SETTLEMENT?**

A $3 million Settlement Fund will be used to pay Class Member payments, expenses for litigating the case since 2011, administrative costs, service awards, and any other costs or expenses. Class Members who timely submit a valid Claim Form may receive $0.15 per unit of Wesson Oil Products purchased during the applicable Class Period, subject to an up or down adjustment based upon the number of Claims filed. $575,000 of the Settlement Fund will be allocated only to New York and Oregon Class Members who submit valid claims. Go to www.WessonOilSettlement.com to learn more.

**HOW DO YOU GET A PAYMENT?**

**If you filed a claim in the previous settlement that reflects all of your qualifying purchases, you do not need to do anything.** If you have not previously filed a claim, go to www.WessonOilSettlement.com and file or download a Claim Form. All Claim Forms must be either submitted online or postmarked and mailed by **May 22, 2023.** Only one Claim Form can be submitted per Household, which is defined as all persons residing at the same physical address.

**WHAT ARE YOUR OPTIONS?**

If you are a Class Member and you do nothing or file a Claim Form, you will be bound by the Court's judgments. If you want to opt out of the Settlement, you must submit an Opt-Out Request either online or postmarked and mailed by **March 22, 2023**. Any Class Member who does not opt out of the Settlement may object to the Settlement by filing a written objection by **March 22, 2023**. For details on how to opt out or object, go to www.WessonOilSettlement.com.

The Court will hold a hearing at the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Courtroom 9B, Santa Ana, California 92701, on April 24, 2023 at 1:30 p.m. PT, to consider whether to approve the Settlement, an award for expenses, and service awards up to (a) $3,000 each for the six Class Representatives who were deposed and (b) $1,000 each for the seven Class Representatives who were not deposed. The Court appointed DiCello Levitt LLC, Tadler Law LLP, and Milberg Coleman Bryson Phillips Grossman LLP to represent the Class as Class Counsel. You or your attorney may ask to appear and speak at the hearing at your own expense, but you do not have to.

**HOW DO I GET MORE INFORMATION?**

Visit www.WessonOilSettlement.com; call toll-free 1-833-291-1651; or write: Wesson Oil Settlement, c/o JND Legal Administration, P.O. Box 11050, Seattle, WA 98111-9349.

www.WessonOilSettlement.com | 1-833-291-1651

---

Legal Notice | Legal Notice

**FICTITIOUS BUSINESS NAME STATEMENT**

**FILE NO. 2022264020**

**The following person(s) is (are) doing business as:**
**LOVEBUGS BAKESHOP**
**10057 CASABA AVE**
**CHATSWORTH CA 91311**
LA County

**REGISTERED OWNER(S):**
1) MERINA GARCIA
10057 CASABA AVE
CHATSWORTH CA 91311

This business is conducted by
**An Individual**
The date registrant commenced to transact business under the fictitious business name or names listed above on: **3/2022**
**I declare that all information in this statement is true and correct.** (A registrant who declares as true any material matter pursuant to Section 17910 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)
Registrant: MERINA GARCIA
**Title:OWNER**
/s/ MERINA GARCIA
**This statement was filed with the County Clerk of Los Angeles on Dec 07 2022**
Notice - In accordance with Subdivision (a) of Section 17920, a Fictitious Name Statement generally expires at the end of five years from the date on which it was filed in the office of the County Clerk, except, as provided in Subdivision (b) of Section 17920, where it expires 40 days after any change in the facts set forth in the statement pursuant to Section 17913 other than a change in the residence address of a registered owner. A new Fictitious Business Name statement must be filed before the expiration. Effective January 1, 2014, the Fictitious Business Name statement must be accompanied by the Affidavit of the Identity Form. The filing of this statement does not of itself authorize the use in this state of a Fictitious Business Name in violation of the rights of another under federal, state, or common law (see Section 14411 et seq., Business Professions Code).

**Los Angeles Daily News**
Published: 12/20, 12/27, 1/3, 1/10/23

**BEST**
**DELIVERY IN THE GAME!**
Turn to the Sports section for outstanding coverage of the Dodgers, Angels and ALL local baseball action.
To subscribe, call
**1.877.450.5772**

---

**FIRST, FAST & FOREMOST...**
Get the inside scoop on all your favorite topics...



**NEWSLETTER**

**Sign Up for Email Newsletters**

Now you can have the day's top stories emailed directly to your inbox — at home, at work or wherever you connect. Register now and customize your own news feeds for breaking news, sports, business and more.

Sign up today at
**dailynews.com**/newsletters

**Los Angeles Daily News**
dailynews.com

*No cost or obligation, unsubscribe at any time.*

---

**PLACE YOUR LEGAL NOTICE**
24 hours a day, 7 days a week!
Fictitious Business Names, Summons, Name Changes and more!
at
**publicnotices.scng.com**



# Something to
# SELL?

**We're waiting for your call!**
**888.883.7355**

**Los Angeles Daily News**

**www.dailynews.com**

**Classifieds**

Legal Notice | Legal Notice | Legal Notice | Legal Notice | Legal Notice

## LEGAL NOTICE

**If you resided in California, Colorado, Florida, Illinois, Indiana, Nebraska, New York, Ohio, Oregon, South Dakota, or Texas and purchased WESSON OIL PRODUCTS in that state, you may be eligible to receive a payment from a $3 million class action settlement.**

*Para una notificación en español, visite www.WessonOilSettlement.com*

A newly proposed Settlement has been reached in a class action lawsuit (*In re ConAgra Foods, Inc.*, C.D. Cal., Case No. CV 11-05379-CJC (AGRx), MDL No. 2291). **This new Settlement replaces the previous settlement that was appealed and reversed by the Ninth Circuit.** The Court authorized this notice and will decide whether to approve the newly proposed Settlement.

**WHO IS AFFECTED?**

You are a Class Member only if you resided in any of these eleven States and purchased Wesson brand cooking oils, including Wesson Vegetable Oil, Wesson Canola Oil, Wesson Corn Oil, and Wesson Best Blend ("Wesson Oil Products"), for your own personal, non-commercial use in that state during the applicable Class Period:

| State | Class Period |
|---|---|
| California | June 28, 2007 through July 1, 2017 |
| Colorado | January 12, 2009 through July 1, 2017 |
| Florida | January 12, 2008 through July 1, 2017 |
| Illinois | January 12, 2007 through July 1, 2017 |
| Indiana | January 12, 2006 through July 1, 2017 |
| Nebraska | January 12, 2008 through July 1, 2017 |
| New York | January 12, 2010 through July 1, 2017 |
| Ohio | January 12, 2008 through July 1, 2017 |
| Oregon | January 12, 2011 through July 1, 2017 |
| South Dakota | January 12, 2006 through July 1, 2017 |
| Texas | January 12, 2010 through July 1, 2017 |

**WHAT'S THIS LAWSUIT ABOUT?**

The lawsuit alleges that defendant Conagra violated certain laws in the marketing, advertising, and sale of Wesson Oil Products made from Genetically Modified Ingredients (GMOs) as "Natural." Conagra denies any and all wrongdoing of any kind whatsoever and has asserted various defenses that it believes are meritorious.

**WHAT CAN YOU GET FROM THE SETTLEMENT?**

A $3 million Settlement Fund will be used to pay Class Member payments, expenses for litigating the case since 2011, administrative costs, service awards, and any other costs or expenses. Class Members who timely submit a valid Claim Form may receive $0.15 per unit of Wesson Oil Products purchased during the applicable Class Period, subject to an up or down adjustment based upon the number of Claims filed. $575,000 of the Settlement Fund will be allocated only to New York and Oregon Class Members who submit valid claims. Go to www.WessonOilSettlement.com to learn more.

**HOW DO I GET A PAYMENT?**

**If you filed a claim in the previous settlement that reflects all of your qualifying purchases, you do not need to do anything.** If you have not previously filed a claim, go to www.WessonOilSettlement.com and file or download a Claim Form. All Claim Forms must be either submitted online or postmarked and mailed by **May 22, 2023.** Only one Claim Form can be submitted per Household, which is defined as all persons residing at the same physical address.

**WHAT ARE YOUR OPTIONS?**

If you are a Class Member and you do nothing or file a Claim Form, you will be bound by the Court's judgments. If you want to opt out of the Settlement, you must submit an Opt-Out Request either online or postmarked and mailed by **March 22, 2023.** Any Class Member who does not opt out of the Settlement may object to the Settlement by filing a written objection by **March 22, 2023.** For details on how to opt out or object, go to www.WessonOilSettlement.com.

The Court will hold a hearing at the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Courtroom 9B, Santa Ana, California 92701, on April 24, 2023 at 1:30 p.m. PT, to consider whether to approve the Settlement, an award for expenses, and service awards up to (a) $3,000 each for the six Class Representatives who were deposed and (b) $1,000 each for the seven Class Representatives who were not deposed. The Court appointed DiCello Levitt LLC, Tadler Law LLP, and Milberg Coleman Bryson Phillips Grossman LLP to represent the Class as Class Counsel. You or your attorney may ask to appear and speak at the hearing at your own expense, but you do not have to.

**HOW DO I GET MORE INFORMATION?**

Visit www.WessonOilSettlement.com; call toll-free 1-833-291-1651; or write: Wesson Oil Settlement, c/o JND Legal Administration, P.O. Box 11050, Seattle, WA 98111-9349.

**www.WessonOilSettlement.com**     **1-833-291-1651**

---

Legal Notice | Legal Notice | Legal Notice | Legal Notice

**FICTITIOUS BUSINESS NAME STATEMENT**

**FILE NO. 2022264020**

The following person(s) is (are) doing business as:
**LOVEBUGS BAKESHOP**
10057 CASABA AVE
CHATSWORTH CA 91311
LA County

**REGISTERED OWNER(S):**
1) MERINA GARCIA
10057 CASABA AVE
CHATSWORTH CA 91311

This business is conducted by An Individual

The date registrant commenced to transact business under the fictitious business name or names listed above on : 3/2022

I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17910 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

Registrant: MERINA GARCIA
Title: OWNER
s/ MERINA GARCIA

This statement was filed with the County Clerk of Los Angeles on Dec 06 2022

Notice - In accordance with Subdivision (a) of Section 17920, a Fictitious Name Statement generally expires at the end of five years from the date on which it was filed in the office of the County Clerk, except, as provided in Subdivision (b) of Section 17920, where it expires 40 days after any change in the facts set forth in the statement pursuant to Section 17913 other than a change in the residence address of a registered owner. A new Fictitious Business Name statement must be filed before the expiration. Effective January 1, 2014, the Fictitious Business Name statement must be accompanied by the Affidavit of the Identity Form. The filing of this statement does not of itself authorize the use in this state of a Fictitious Business Name in violation of the rights of another under federal, state, or common law (see Section 14411 et seq., Business Professions Code).

Los Angeles Daily News
Published: 12/20, 12/27, 1/3, 1/10/23


**WHAT A CRACK UP!**
TAKE A BREAK from the news of the day and laugh it up with your favorite comic strips and cartoons.
**EVERY DAY**
**FEATURES COMICS**

---

**NOTICE TO BIDDERS**

Notice is hereby given that the Director of Public Works will accept bids for the seal coating of various streets, highways, and facilities Countywide, and the performance of other incidental and appurtenant work under Project I.D No. RMDJOC6740, Pavement Preservation (Seal Coats), North Los Angeles County within the unincorporated communities of North Los Angeles County. The bids must be submitted on the proposal forms included in the bidder's package of the contract documents. The contract documents for this project may be downloaded free of charge by visiting the Los Angeles County Public Works Business Opportunities website: http://dev.lacounty.gov/general/contracts/opportunities The contract is for one year for a not-to-exceed amount of $5,250,000. The prime contractor shall possess a valid California Class A or C-12 contractor's license. The bids must be submitted electronically using Bid Express. By 12:00 pm on January 17, 2023, 11 a.m. on Tuesday, January 17, 2023, and no bids may be submitted after that date and time. Registration instructions and the fee schedule for Bid Express are included in the Instructions to Bidders. Paper bids will not be accepted. The bids will be opened through a webcast immediately after the specified closing time. Bidders may participate in the public bid opening by visiting the Los Angeles County Public Works Business Opportunities website, selecting the project and clicking on the "Microsoft Teams Online Bid Opening Webcast." For more information, please contact Ms. Irma Vargas at (626) 458-4951 or irvargas@dpw.lacounty.gov. For Americans with Disabilities Act information, please contact the LA Works' departmental Americans with Disabilities Act Coordinator at (626) 458-4081 or Telecommunication for the Deaf (626) 282-7829.
CN992690 03988 Dec 26,27, 2022

---

We're waiting for your call! **888.863.7355**

Something to **SELL**?   Classifieds

Los Angeles Daily News   dailynews.com

**ANTIQUES**
**TRUCKS**
**CONDOS**
**STEREOS**
**TICKETS**
**CAMERAS**
**JEWELRY**
**TOOLS**

**Daily News**
classifieds

---

**NOTICE FOR BIDS - DBE SUBCONTRACTORS/SUPPLIERS**
SOLICITATION REQUESTED
PROJECT: IFB No. OP92669
ELECTRIC TRANSIT VEHICLE
CHARGING EQUIPMENT – LOS
ANGELES, CA.

BIDS DUE: JANUARY 9, 2023
Proterra Operating Company, Inc. ("PROTERRA") is seeking qualified DBE subcontractors/suppliers for the LA Metro Electric Transit Vehicle Charging Equipment Project. Please submit bids for the following work (BUT NOT LIMITED TO): Intallation of Chargers, Installation of Pantograhps, Commissioning Support, Equipment Rental Related to construction. Bid documents are available for download on the La Metro website.

Proterra Operting Company, Inc.
1815 Rolling Rd., Burlingame, Ca 94010
Contact: ENERGY@PROTERRA.COM
Los Angeles Daily News
Published: 12/27/22

---

Legal Notice | Legal Notice

**LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY (LACMTA)**
**REQUEST FOR PROPOSAL**

LACMTA will receive Proposals for **PS70268 – Recruitment Services** of the 9th Floor Receptionist Desk, Vendor/Contract Management Department, One Gateway Plaza, Los Angeles, CA 90012. All Proposals must be submitted to LACMTA, and proposals will be submitted in the reception desk, 9th floor, V/CM Department, on or before 2:00 p.m. Pacific Time on **Tuesday, January 10, 2023.** Proposals received after the above date and time may be rejected and returned unopened. Each proposal must be sealed and marked Proposal No. PS70268. For a copy of the Proposal/Bid specification visit our Solicitation Page on our Vendor Portal at https://business.metro.net or for further information email Marc Maraoni at maraonim@metro.net. 12/27/22
CNS-3655359#
**DAILY NEWS LOS ANGELES**

---

Legal Notice | Legal Notice

**NOTICE OF PUBLIC SALE**

Pursuant to the California Self-Storage Facility Act, (B&P Code 21700 et. seq.) the undersigned will sell at public auction, on January 11, 2023 at 12:00 am personal and/or business property located at **Private Mini Storage, 20628 Santa Clara St., Canyon Country, CA 91351 (661) 252-1100,** belonging to Ciara Bright, Adriana Chairman, David Cordova, Beth Heiserman, Rosanna Luna, Kristi Mason, Daniel Romo, Martha Sheldon, Elisee Valenzuela and Chris Wingenroth. All sales are subject to prior cancellation. Terms, rules and regulations are available at the sale. Dated this 27 th day of December 2022 and 3 rd day of January 2023 by John Cardozo, CA l. Bond #5860870, (209) 667-5797.

Los Angeles Daily News
Published: 12/27, 1/3/23

---

Business Notices | Business Notices



**PLACE YOUR LEGAL NOTICE**
24 hours a day, 7 days a week!

Fictitious Business Names, Summons, Name Changes and more!

at
**publicnotices.scng.com**

---

**FIRST & FAST & FOREMOST...**
Get the inside scoop on all your favorite topics...



**Sign Up for Email Newsletters**

Now you can have the day's top stories emailed directly to your inbox — at home, at work or wherever you connect. Register now and customize your own news feeds for breaking news, sports, business and more.

➤ Breaking News   ➤ Preps
➤ Promotions   ➤ Sports
➤ Business   ➤ Opinion

Sign up today at
**dailynews.com/newsletters**

**Los Angeles Daily News**
**dailynews.com**

*No cost or obligation, unsubscribe at any time.*

---

**YOUR HOME PAGE**
For Local News

Smart Phone ▪ Tablet ▪ Desktop ▪ Print

Our exclusive, multi-platform coverage keeps you connected with the important news and events that shape your community. From local elections to your home team's top scores, when you want accurate, in-depth reporting, the Daily News and dailynews.com are your "go-to" resources.

Subscribe now and connect with your community!

**Just go to: dailynews.com/subscribe**
**Or call: 877.469.6133**

**Daily News**
**Local. News. Matters.**

dailynews.com
🐦 twitter.com/LADailyNews   ⬜ facebook.com/LADailyNews

# EXHIBIT F





3:49

google.com

## Wesson Oils

2017: A class-action lawsuit filed against ConAgra Foods and several supermarkets alleging that Wesson Vegetable Oil, Wesson Canola Oil, Wesson Corn Oil, ...

https://truthinadvertising.org · cona...

### ConAgra Wesson Cooking Oil

June 2021: The Ninth Circuit Court of Appeals reversed the approval of the...

Sponsored

wessonoilsettlement.com
https://www.wessonoilsettlement.com

### New Class Action Settlement - Affects Wesson Oil Products

Purchasers of Vegetable, Canola, Corn & Best Blend Wesson Oil Products may be affected. Get your payment in a newly proposed Wesson Oil Products...

# EXHIBIT G

# NEW SETTLEMENT: If you resided in California, Colorado, Florida, Illinois, Indiana, Nebraska, New York, Ohio, Oregon, South Dakota, or Texas and purchased WESSON OIL PRODUCTS in that state, you may be eligible to receive a payment from a $3 million class action settlement



USA - English ▾

NEWS PROVIDED BY
**JND Legal Administration →**
Nov 28, 2022, 09:28 ET

SEATTLE, Nov. 28, 2022 /PRNewswire/ -- JND Class Action Administration

A newly proposed Settlement has been reached in a class action lawsuit (*In re ConAgra Foods, Inc*, C.D. Cal., Case No. CV 11-05379-CJC (AGRx), MDL No. 2291). **This new Settlement replaces the previous settlement that was appealed and reversed by the Ninth Circuit**. The Court authorized this notice and will decide whether to approve the newly proposed Settlement.

**WHO IS AFFECTED?**

You are a Class Member only if you resided in any of these eleven States and purchased Wesson brand cooking oils, including Wesson Vegetable Oil, Wesson Canola Oil, Wesson Corn Oil, and Wesson Best Blend ("Wesson Oil Products"), for your own personal, non-commercial use in that state during the applicable Class Period:

| State | Class Period |
|---|---|
| California | June 28, 2007 through July 1, 2017 |
| Colorado | January 12, 2009 through July 1, 2017 |
| Florida | January 12, 2008 through July 1, 2017 |
| Illinois | January 12, 2007 through July 1, 2017 |
| Indiana | January 12, 2006 through July 1, 2017 |
| Nebraska | January 12, 2008 through July 1, 2017 |
| New York | January 12, 2008 through July 1, 2017 |
| Ohio | January 12, 2010 through July 1, 2017 |
| Oregon | January 12, 2006 through July 1, 2017 |
| South Dakota | January 12, 2006 through July 1, 2017 |
| Texas | January 12, 2010 through July 1, 2017 |

## WHAT'S THIS LAWSUIT ABOUT?

The lawsuit alleges that Defendant Conagra violated certain laws in the marketing, advertising, and sale of Wesson Oil Products made from Genetically Modified Ingredients (GMOs) as "Natural." Conagra denies any and all wrongdoing of any kind whatsoever and has asserted various defenses that it believes are meritorious.

## WHAT CAN YOU GET FROM THE SETTLEMENT?

A $3 million Settlement Fund will be used to pay Class Member payments, expenses for litigating the case since 2011, administrative costs, service awards, and any other costs or expenses. Class Members who timely submit a valid Claim Form may receive $0.15 per unit of Wesson Oil Products purchased during the applicable Class Period, subject to an up or down

adjustment based upon the number of Claims filed. $575,000 of the Settlement Fund will be allocated only to New York and Oregon Class Members who submit valid claims. Go to www.WessonOilSettlement.com to learn more.

**HOW DO YOU GET A PAYMENT?**

**If you filed a claim in the previous settlement that reflects all of your qualifying purchases, you do not need to do anything**. If you have not previously filed a claim, go to www.WessonOilSettlement.com and file or download a Claim Form. All Claim Forms must be either submitted online or postmarked and mailed by **May 22, 2023.** Only one Claim Form can be submitted per Household, which is defined as all persons residing at the same physical address.

**WHAT ARE YOUR OPTIONS?**

If you are a Class Member and you do nothing or file a Claim Form, you will be bound by the Court's judgments. If you want to opt out of the Settlement, you must submit an Opt-Out Request either online or postmarked and mailed by **March 22, 2023**. Any Class Member who does not opt out of the Settlement may object to the Settlement by filing a written objection by **March 22, 2023**. For details on how to opt out or object, go to www.WessonOilSettlement.com.

The Court will hold a hearing at the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Courtroom 9B, Santa Ana, California 92701, on April 24, 2023 at 1:30 p.m. PT, to consider whether to approve the Settlement, an award for expenses, and service awards up to (a) $3,000 each for the six Class Representatives who were deposed and (b) $1,000 each for the seven Class Representatives who were not deposed. The Court appointed DiCello Levitt LLC, Tadler Law LLP, and Milberg Coleman Bryson Phillips Grossman LLP to represent the Class as Class Counsel. You or your attorney may ask to appear and speak at the hearing at your own expense, but you do not have to.

**HOW DO I GET MORE INFORMATION?**

Visit www.WessonOilSettlement.com; call toll-free 1-833-291-1651; or write: Wesson Oil Settlement, c/o JND Legal Administration, P.O. Box 11050, Seattle, WA 98111-9349.

# NUEVO ACUERDO: Si reside en California, Colorado, Florida, Illinois, Indiana, Nebraska, Nueva York, Ohio, Oregón, Dakota del Sur o Texas y compró ACEITES WESSON allí, podría recibir un pago por un acuerdo de demanda colectiva de USD 3 millones

 USA - español ▾

---

NEWS PROVIDED BY
**JND Legal Administration →**
Nov 28, 2022, 09:28 ET

---

SEATTLE, 28 de noviembre de 2022 /PRNewswire-HISPANIC PR WIRE/ -- JND Class Action Administration

Se ha llegado a un acuerdo recientemente propuesto en una demanda colectiva (*en referencia a ConAgra Foods, Inc.*, Distrito Central de California, caso n.° CV 11-05379-CJC (AGRx), MDL n.° 2291). **Este nuevo acuerdo reemplaza al acuerdo anterior que fue impugnado y revocado por el Noveno Circuito**. El Tribunal autorizó este aviso y decidirá si aprueba el acuerdo propuesto recientemente.

**¿QUIÉNES SON LOS AFECTADOS?**

Usted es miembro de la demanda solo si reside en cualquiera de estos once estados y compró aceites de cocina de la marca Wesson, incluidos Wesson Vegetable Oil, Wesson Canola Oil, Wesson Corn Oil y Wesson Best Blend ("Aceites Wesson"), para su propio uso personal y no comercial en esos estados durante el período de la demanda procedente:

| Estado | Período de la demanda |
| --- | --- |
| California | 28 de junio de 2007 al 1 de julio de 2017 |
| Colorado | 12 de enero de 2009 al 1 de julio de 2017 |
| Florida | 12 de enero de 2008 al 1 de julio de 2017 |
| Illinois | 12 de enero de 2007 al 1 de julio de 2017 |
| Indiana | 12 de enero de 2006 al 1 de julio de 2017 |
| Nebraska | 12 de enero de 2008 al 1 de julio de 2017 |
| Nueva York | 12 de enero de 2008 al 1 de julio de 2017 |
| Ohio | 12 de enero de 2010 al 1 de julio de 2017 |
| Oregón | 12 de enero de 2006 al 1 de julio de 2017 |
| Dakota del Sur | 12 de enero de 2006 al 1 de julio de 2017 |
| Texas | 12 de enero de 2010 al 1 de julio de 2017 |

## ¿DE QUÉ SE TRATA ESTA DEMANDA?

La demanda sostiene que el demandado Conagra violó ciertas leyes en la comercialización, publicidad y venta de aceites Wesson fabricados con ingredientes genéticamente modificados (OGM) como "naturales". Conagra niega cualquier tipo de acto ilícito y ha alegado diversas causales de exención de responsabilidad que considera son meritorias.

## ¿QUÉ PUEDE OBTENER DE ESTE ACUERDO?

Se utilizará un Fondo del Acuerdo de USD 3 millones para cubrir pagos a los miembros de la demanda colectiva, gastos de litigio del caso desde 2011, costos administrativos, primas de servicios y otras costas del proceso. Los miembros de la demanda colectiva que presenten oportunamente un formulario de reclamación válido pueden recibir USD 0.15 por cada aceite

Wesson que hayan adquirido durante el período de la demanda colectiva, con sujeción a un ajuste hacia arriba o hacia abajo en función del número de reclamos presentados. USD 575,000 del Fondo del Acuerdo se asignarán únicamente a los miembros de la demanda colectiva de Nueva York y Oregón que presenten reclamos válidos. Visite www.WessonOilSettlement.com para obtener más información.

**¿CÓMO PUEDE OBTENER UN PAGO?**

**Si presentó un reclamo en el acuerdo anterior que refleje todas sus compras que califican, no necesita hacer nada.** Si anteriormente no presentó un reclamo, vaya a www.WessonOilSettlement.com y presente o descargue un formulario de reclamo. Todos los formularios de reclamo deben presentarse en línea o enviarse por correo postal con fecha del matasellos antes del **22 de mayo de 2023.** Solo se puede presentar un formulario de reclamo por hogar, que se define como todas las personas que residen en la misma dirección física.

**¿CUÁLES SON SUS OPCIONES?**

Si usted es miembro de la demanda colectiva y no hace nada o presenta un formulario de reclamo, quedará obligado por las sentencias del Tribunal. Si no desea participar en el Acuerdo, debe enviar una solicitud de exclusión en línea o por correo postal con fecha del matasellos antes del **22 de marzo de 2023.** Cualquier miembro de la demanda colectiva que no se excluya del acuerdo puede presentar una objeción por escrito al acuerdo antes del **22 de marzo de 2023.** Para obtener información sobre cómo excluirse u objetar, visite www.WessonOilSettlement.com.

El Tribunal celebrará una audiencia en el Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, sala 9B, Santa Ana, California 92701, el 24 de abril de 2023 a la 1:30 p. m., hora del Pacífico, para determinar si aprueba el Acuerdo, una indemnización por gastos y primas de servicios de hasta (a) USD 3,000 para cada uno para los seis representantes de la demanda colectiva que prestaron declaración y (b) USD 1,000 para cada uno para los siete representantes de la demanda colectiva que no prestaron declaración. El Tribunal nombró a DiCello Levitt LLC, Tadler Law LLP

y a Milberg Coleman Bryson Phillips Crossman LLP para que representaran a la demanda colectiva como abogados de la causa. Usted o su abogado pueden solicitar intervenir y hablar en la audiencia a su propio costo, pero no está obligado a hacerlo.

**¿CÓMO PUEDO OBTENER MÁS INFORMACIÓN?**

Visite www.WessonOilSettlement.com; llame gratuitamente al 1-833-291-1651; o escriba a: Wesson Oil Settlement, c/o JND Legal Administration, P.O. Box 11050, Seattle, WA 98111-9349.

FUENTE JND Legal Administration

SOURCE JND Legal Administration

# EXHIBIT H



Lawsuits & Settlements ▾   Legal News ▾   Class Actions Explained ▾   Featured ▾   For Attorneys   About Us ▾



Holiday 100
Top gifts of 2022                    Shop the list

# Wesson oil false advertising $3M class action settlement

Top Class Actions  |  November 28, 2022

Category: Food



FOLLOW ARTICLE

## GET OUR NEWSLETTER

We tell you about cash you can claim every week! Subscribe to our free newsletter today.

Email *           Country *

Email             United States

CAPTCHA


☐ I'm not a robot    reCAPTCHA
              Privacy - Terms

SUBSCRIBE NOW



(Photo credit: Africa Studio/Shutterstock)

EDITOR'S NOTE: This content has been sponsored and edited for clarity in collaboration with the

Holiday 100
Top gifts of 2022

ConAgra Foods Inc. has agreed to a $3 million class action settlement resolving claims it falsely advertised certain Wesson oil products as "natural."



Download PDF (Free)

PDF Hub

The class comprises all natural persons living in one of 11 states who purchased Wesson oil products in that state for personal, noncommercial use. The class period for each of the states is as follows:

- California: June 28, 2007, through July 1, 2017
- Colorado: Jan. 12, 2009, through July 1, 2017
- Florida: Jan. 12, 2008, through July 1, 2017
- Illinois: Jan. 12, 2007, through July 1, 2017
- Indiana: Jan. 12, 2006, through July 1, 2017
- Nebraska: Jan. 12, 2008, through July 1, 2017
- New York: Jan. 12, 2008, through July 1, 2017
- Ohio: Jan. 12, 2010, through July 1, 2017
- Oregon: Jan. 12, 2006, through July 1, 2017
- South Dakota: Jan. 12, 2006, through July 1, 2017
- Texas: Jan. 12, 2010, through July 1, 2017

The Wesson cooking oil products covered by the settlement are Wesson Vegetable Oil, Wesson Canola Oil, Wesson Corn Oil and Wesson Best Blend, all of which were marketed and sold as being "natural" during the applicable class periods.

David Wesson introduced his process for creating vegetable oil in 1880, and the Wesson Oil Co. was founded in 1899, according to the company's website. Richardson International acquired Wesson in 2019.



**Who can make a Camp Lejeune contaminated water claim?**

NOVEMBER 29, 2022 | OPEN LAWSUITS

READ MORE ⟶



**Birth injury lawsuit claim review: Cerebral palsy, hypoxic ischemic encephalopathy, brain damage, head trauma, Erb's palsy and other injuries**

NOVEMBER 28, 2022 | PERSONAL INJURY INVESTIGATIONS

READ MORE ⟶



Plaintiffs in a class action lawsuit alleged ConAgra acted illegally in marketing and selling Wesson oils made from genetically modified ingredients (GMOs) as "natural."

Under the terms of the Wesson oil settlement agreement, class members can receive a cash payment after administrative costs and other expenses are deducted from the settlement fund.





Class members who submit a valid and timely claim form may receive $0.15 per unit of Wesson oil products purchased during the applicable class period in their state.

If the total value of all claims exceeds or falls short of the available funds, the payment amounts could be adjusted up or down on a proportional basis.

Of the settlement fund, $575,000 will be allocated only to members of the New York and Oregon classes who submit claim forms or are identified for direct distribution. The additional payment amounts for New York and Oregon class members will be adjusted pro rata, depending on the number of claims and direct distributions.

Those who wish to exclude themselves from or object to the settlement must do so no later than March 22, 2023.

The final fairness hearing in the Wesson oil settlement is scheduled for April 24, 2023.











 **The latest news in settlement and investigations**

1 message

**Top Class Actions** <topclassactionsstaff@topclassactions.com>                    Tue, Nov 29, 2022 at 7:04 AM
Reply-To: questions@topclassactions.com
To:



## Verizon seeks arbitration in alleged deceptive plan rate class action



**State Farm faces scrutiny over potential discrimination against Black homeowners**

**Ringless voicemails require consumer consent, FCC clarifies**





**Various mattress brands reportedly have a defect causing them release hazardous glass fibers.**

---

## More Headlines:

**Vitamins, Ford F150s among top recalls for week of 11/21**

**California labor laws: Know your rights for overtime, meal breaks, and other wages**

**Social Security Disability applicants who get legal help are almost twice as likely to have success**

# Sign up now!

**StubHub reimbursements for canceled events mass arbitration investigation**

**Autism after Tylenol during pregnancy lawsuit investigation**

**Roundup cancer lawsuit settlement claim review**

SEE ALL INVESTIGATIONS

# Settlements Closing Soon

**REMICADE (INFLIXIMAB) ANTITRUST**
**Potential Award:** Varies
**Deadline:** 11/30/2022

**PBM NUTIRITIONALS BABY FORMULA SERVINGS FALSE AD**
**Potential Award:** $30
**Deadline:** 11/30/2022

**KRONOS FINGERPRINT TIME CLOCKS**
**Potential Award:** TBD
**Deadline:** 12/6/2022

**ANHEUSER-BUSCH RITAS FALSE ADVERTISING**
**Potential Award:** $21
**Deadline:** 12/16/2022

**DIRECTV UNSOLICITED CALLS**
**Potential Award:** Varies
**Deadline:** 12/19/2022

**WESSON OIL FALSE ADVERTISING**
**Potential Award:** Varies
**Deadline:** 5/22/2023

VIEW ALL OPEN SETTLEMENTS



# MESSAGE FROM SCOTT HARDY

Happy Tuesday everyone! I hope you had a fantastic Turkey Day! The whole team took the long weekend off, except for Micki... She was closing deals with lawyers to get you more **investigations** on Sunday! Way to rock it

Micki!

I took the family down to Tucson to spend Thanksgiving with my beautiful bride's family. Rather than Turkey, we got Indian food and it was delicious! Like many of you, I tend to just do one meal on Thanksgiving, and I thought for sure that wouldn't happen for me, but holy moly Indian food is sooooo good! All the garlic naan, the rice, the butter chicken, the spicy chicken masala. It was incredible and I wasn't hungry until Friday.

My leadership team had a long meeting today, and user functionality of the website was a *big* topic. You'll see more things getting added to our Member Center over the next few months. If you don't have a **login** yet, head **here to register**. You'll be able to track more cases, see what you've submitted claims for, and more, over the next few months. Adam, Nicholas and Bilal are working hard for you!

That's all for now! Make it a *great* week! Stay warm my friend!

Warm Regards,
Scott

# Take Action with the Following Resources from Top Class

**Join a Lawsuit Investigation** →

**Class Action Settlements** →

**Class Action Lawsuit News** →



You are receiving this email because you signed up for the Daily News newsletter from Top Class Actions. If you would like to, you can **change your preferences**, or you can **unsubscribe**.

Top Class Actions

11201 N Tatum Blvd. Ste 300 #21226

Phoenix, Arizona 85028
United States

**Top Class Actions**
11201 N Tatum Blvd, Ste 300 #21226, Phoenix, Arizona 85028, United States

 Gmail

## Check out this week's top 5 articles!
1 message

**Top Class Actions** <topclassactionsstaff@topclassactions.com>                    Thu, Dec 1, 2022 at 6
Reply-To: questions@topclassactions.com
To:



### December 1, 2022
# Top Five Stories

What's trending at TCA? Every week, Top Class Actions
provides new resources to help connect consumers to
settlements, class actions, and investigations.

**SEE THE LATEST NEWS**



## Experian incorrect residential information 22M class action settlement



Experian agreed to pay 22.45 million as part of a settlement to resolve claims it incorrectly reported residential information as high risk.

**Read More**



## 2

## Wesson oil false advertising 3M class action settlement

ConAgra Foods Inc. has agreed to a 3 million class action settlement resolving claims it falsely advertised certain Wesson oil products as "natural."

**Read More**

## 3

## Amazon class action claims Prime customers do not receive 2-day shipping as advertised



Amazon misrepresents the benefits of its Amazon Prime paid membership, advertising one-or-two day delivery timeframes that it doesn't keep to, a new class action lawsuit alleges.

**Read More**



**4**

## Hibbett receipt privacy 6M class action settlement

Hibbett will pay up to 6 million as part of a settlement to resolve a class action lawsuit that alleged violations of federal law passed to protect consumers' credit card information.

**Read More**

**5**

## RCN Telecom misleading fees 11.5M class action settlement



RCN Telecom Services has designated 11.5 million to settle a class action lawsuit alleging it engaged in charging misleading fees that were not disclosed during the sign-up process.

**Read More**

# In case you missed it...

## AT&T Wireless deceptive fees arbitration investigation – now including California



If you are a current or former AT&T Wireless customer anywhere in the United States (now also including the state of California), then you may have a claim for monthly overcharge.

**Read More**

# Join the Conversation

*These articles have tons of new comments. See what's got people buzzin' and be sure to chime in!*



**Velveeta false advertising class action...**
A mac and cheese consumer claims that she and others like her have been misled about how long it will take to prepare a single-serving cup of microwavable Velveeta brand mac and cheese.



**TransUnion data breach...**
TransUnion sent letters to consumers disclosing a data breach that exposed personal and financial information.



**FTC issuing payments from, accepting claims in settlements...**
The Federal Trade Commission (FTC) is sending payments and accepting claims for settlements reached with companies for scams and antitrust violations.

# Take Action with the Following

## Resources from Top Class

### Find More Money   →

### Start a Class Action   →

   

TCA United States   /   TCA Canada   /   TCA United Kingdom

You are receiving this email because you signed up for the Top 5 Stories newsletter from Top Class Actions. If you would like to, you can **change your preferences**, or you can **unsubscribe**.

Top Class Actions

11201 N Tatum Blvd. Ste 300 #21226

Phoenix, Arizona 85028

United States

**Top Class Actions**

11201 N Tatum Blvd. Ste 300 #21226, Phoenix, Arizona 85028, United States

Sent to: micki@topclassactions.com

**Unsubscribe**







**LAWSUIT NEWS & UPDATES**

ISSUE #218

DECEMBER 8, 2022

## Wesson Cooking Oil Settlement Site Is Live

We're opening this issue with a look at an investigation into several hair relaxers and straightening products that have been linked to cancer and other health problems – and whether lawsuits can be filed on behalf of consumers who weren't properly warned about these reported side effects.

Then, we'll delve into a newly proposed $3 million settlement for those who bought certain Wesson cooking oil products across 11 states, touching on which states and products are covered.

Wrapping things up, attorneys working with ClassAction.org have launched investigations into problems drivers have reportedly been experiencing with Subaru's infotainment touchscreens and a potential violation of the WARN Act after Hy-Vee laid off hundreds of employees this year. Keep reading for the latest.

– Ty Armstrong, Writer/Community Manager

## Several Hair Relaxer Brands Under Scrutiny Over Cancer Risk



Studies have found that hair relaxers have been linked to cancer and negative reproductive effects, and it's possible that the manufacturers knew about these health risks and failed to warn consumers.

Now, attorneys working with ClassAction.org are looking into whether lawsuits can be filed on behalf of consumers who used these products and were diagnosed with cancer or other health problems. Specifically, hair relaxers and straighteners under the Motions, Dark & Lovely, Soft & Beautiful, Optimum Care, Creme of Nature, Just for Me and Olive Oil brands are being investigated.

If you developed cancer, endometriosis or reproductive problems after using a hair relaxer or hair straightening product from one of the above brands, share your story with us here and learn more about your rights.

## Wesson Oil Settlement: File Your Claim Today



A newly proposed class action settlement has been reached to resolve claims that certain Wesson cooking oils were falsely advertised as "natural" in that they're actually made from genetically modified ingredients.

Now, Wesson customers from 11 states – namely, California, Colorado, Florida, Illinois, Indiana, Nebraska, New York, Ohio, Oregon, South Dakota and Texas – have the chance to file a claim for payment from the $3 million deal. Products covered by the settlement include Wesson Vegetable Oil, Wesson Canola Oil, Wesson Corn Oil and Wesson Best Blend.

If you bought any of these cooking oils while residing in one of the states listed above, head on over to our dedicated page for more information and a link to the official settlement website. Eligible purchase periods vary by state and range from January 12, 2006 through July 1, 2017.

Claim Deadline: **May 22, 2023**

# Wesson Cooking Oil Class Action Settlement



If you bought Wesson cooking oil prior to July 2017, you may be able to **claim a piece of a newly proposed $3 million settlement**. This new settlement replaces the previous settlement that was appealed and reversed by the Ninth Circuit.

It's easy to file a claim, and consumers in more than 10 states are covered. Keep scrolling for more information.

The link below will take you to the official website for the Wesson cooking oil settlement.

**TAKE ME TO THE OFFICIAL SETTLEMENT SITE**

## FAQs

### What's Going On?

A $3 million settlement has been reached to resolve a class action lawsuit that alleged Conagra broke the law by **marketing its Wesson brand cooking oils as "natural"** when they're made from genetically modified ingredients.

### Who's Covered by the Settlement?

The settlement covers consumers in California, Colorado, Florida, Illinois, Indiana, Nebraska, New York, Ohio, Oregon, South Dakota and Texas who purchased Wesson cooking oils during the time frame applicable to their state.

The eligible purchase periods can be viewed on the settlement website.

### Is the Website Legit?

**Yes.** It has been designated by the court as the official website for the settlement and where consumers will need to go if they want to submit a claim online.

### How Much Could I Get?

Those who file valid claims are expected to receive $0.15 per product, though total payments may be increased or decreased depending on how many claims are filed.

New York and Oregon claimants are expected to receive an additional payment proportional to the number of products they bought, as a portion of the settlement ($575,000) has been designated specifically for them.

### How Do I File a Claim?

Head over to the settlement's dedicated website and click **"file a claim."**

You can find the settlement website **right here**.

### Anything Else I Should Know?

This settlement is replacing a previous deal that was appealed and reversed by the court.

**If you filed a claim with the previous settlement that reflects all of your qualifying purchases, you do not need to re-file a claim for payment.**

### Is There a Deadline for This?

**Yes. The deadline for filing a claim is May 22, 2023.**

The link below will take you to the official website for the Wesson cooking oil settlement.

**TAKE ME TO THE OFFICIAL SETTLEMENT SITE**





# EXHIBIT I



### WESSON OIL SETTLEMENT

### (USDC CENTRAL DISTRICT OF CALIFORNIA, CASE NO. 2:11-CV-05379-CJC-AGR)

### TIMELY AND VALID EXCLUSIONS

|     | JND ID NUMBER | NAME | CITY/STATE | POSTMARK DATE | SIGNATURE TYPE | LAW FIRM SUBMITTING |
|-----|---------------|------|------------|---------------|----------------|---------------------|
| 1.  | PBQ74WJNAM | ███████ | ███████ | December 7, 2022 | Online Submission | N/A |
| 2.  | PLTRE93QY7 | ███████ | ███████ | December 11, 2022 | Online Submission | N/A |
| 3.  | PR72UY3KDE | ███████ | ███████ | December 13, 2022 [and December 13, 2022] | Online Submission | N/A |
| 4.  | DYKABHGLWC | ███████ | ███████ | December 20, 2022 | Wet | N/A |
| 5.  | PTA7ZNX3Q8 | ███████ | ███████ | January 2, 2023 | Online Submission | N/A |
| 6.  | P5QNJYXVF8 | ███████ | ███████ | January 3, 2023 | Online Submission | N/A |
| 7.  | PFCY7X4L3W | ███████ | ███████ | January 4, 2023 | Online Submission | N/A |
| 8.  | PV4WSNYEBC | ███████ | ███████ | January 28, 2023 | Online Submission | N/A |

# EXHIBIT J



# WESSON OIL SETTLEMENT
**(USDC CENTRAL DISTRICT OF CALIFORNIA, CASE NO. 2:11-CV-05379-CJC-AGR)**

## INVALID EXCLUSIONS

| | JND ID NUMBER | NAME | CITY/STATE | POSTMARK DATE | SIGNATURE TYPE | LAW FIRM SUBMITTING | REASON DEFECTIVE |
|---|---|---|---|---|---|---|---|
| 1. | PL8U4THBDS | ███████ | ██████ | December 4, 2022 | Online Submission | N/A | Inadequate statement |
| 2. | PZV58WUKQG | █████████ | ██████████ | December 8, 2022 | Online Submission | N/A | Inadequate statement |
| 3. | PV6LHUTQN3 | ████████ | █████████ | December 9, 2022 | Online Submission | N/A | Inadequate statement |
| 4. | P32ZDUXB84 | ███████████ | ██████ | December 13, 2022 | Online Submission | N/A | Inadequate statement |
| 5. | PVNJPHLEK6 | █████████ | ████████ | December 14, 2022 | Online Submission | N/A | Inadequate statement |
| 6. | PF9DSKPAWM | ████████████ | █████████ | December 14, 2022 | Online Submission | N/A | Inadequate statement |
| 7. | PSYPLC4H5K | ████████ | ████████ | December 26, 2022 | Online Submission | N/A | Inadequate statement |
| 8. | PHY3CBZDN5 | ████████ | █████████ | January 17, 2023 | Online Submission | N/A | Incomplete address |
| 9. | P9EQN5ZB8A | █████████ | █████████ | January 20, 2023 | Online Submission | N/A | Inadequate statement |