| | |
|---|---|
| **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC** <br> DAVID E. AZAR (SBN 218319) <br> 280 S. Beverly Drive, Suite PH <br> Beverly Hills, California 90212 <br> Telephone: (213) 617-1200 <br> dazar@milberg.com | **ALSTON & BIRD LLP** <br> Andrew Phillips (*pro hac vice*) <br> andrew.phillips@alston.com <br> One Atlantic Center <br> 1201 West Peachtree Street, Suite 4900 <br> Atlanta, Georgia 30309 <br> Telephone: (404) 881-7000 |
| **TADLER LAW LLP** <br> ARIANA J. TADLER (*pro hac vice*) <br> 22 Bayview Avenue <br> Manhasset, New York 11030 <br> Telephone: (212) 946-9300 <br> atadler@tadlerlaw.com | *Counsel for Defendant Conagra Brands, Inc. formerly ConAgra Foods, Inc.* |

**DICELLO LEVITT LLP**
ADAM J. LEVITT (*pro hac vice*)
AMY KELLER (*pro hac vice*)
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
alevitt@dicellolevitt.com

*Appointed Class Counsel*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CONAGRA FOODS, INC. | Case No. CV 11-05379-CJC (AGRx) <br><br> MDL No. 2291 <br><br> **CLASS ACTION** <br><br> **JOINT STIPULATION FOR RENEWED FINAL APPROVAL BRIEFING SCHEDULE** |

Class Counsel, on behalf of the classes, and Defendant CONAGRA FOODS, INC. (collectively, the "Parties") hereby stipulate to the following:

WHEREAS, the hearing on Plaintiff's Motion for Final Approval of the New Settlement and Award of Attorneys' Expenses and Plaintiffs' Service Awards (ECF No. 813) was held on April 17, 2023;

WHEREAS, the Court continued the hearing pending completion of the claims period and confirmation of claims by the settlement administrator, JND Legal Administration LLC ("JND");

WHEREAS, the claims period ended on May 22, 2023;

WHEREAS, JND expects to complete its processes on or around July 17, 2023;

WHEREAS, JND expects to submit its Second Supplemental Declaration in Support of Final Approval on or around July 28, 2023;

WHEREAS, the Parties agree that Plaintiffs' Renewed Motion for Final Approval should be filed within fourteen (14) days after JND submits its Second Supplemental Declaration in Support of Final Approval;

**WHEREFORE, the Parties stipulate and respectfully request that Plaintiffs' Renewed Motion for Final Approval be filed on or before August 11, 2023.**

**IT IS SO STIPULATED.**

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: June 13, 2023 | */s/ David E. Azar* |
|  | David E. Azar (SBN 218319) |
|  | dazar@milberg.com |
|  | **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC** |
|  | 280 S. Beverly Drive, Suite PH |
|  | Beverly Hills, California 90212 |
|  | Telephone: (213) 617-1200 |
|  |  |
|  | *Class Counsel* |
|  |  |
| Dated: June 13, 2023 | */s/ Andrew Phillips* |
|  | Andrew Phillips (pro hac vice) |
|  | andrew.phillips@alston.com |
|  | **ALSTON & BIRD LLP** |
|  | One Atlantic Center |
|  | 1201 West Peachtree Street, Suite 4900 |
|  | Atlanta, Georgia 30309 |
|  | Telephone: (404) 881-7000 |
|  |  |
|  | *Counsel for Defendant Conagra Brands, Inc. formerly ConAgra Foods, Inc.* |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that, on June 13, 2023, he caused this document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of filing to registered counsel of record for each party.

Dated:  June 13, 2023

                                            */s/ David E. Azar*
                                            David E. Azar (SBN 218319)