# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

IN RE CONAGRA FOODS, INC.

) Case No. CV 11-05379-CJC (AGRx)
)
) MDL No. 2291
)
) **ORDER GRANTING JOINT STIPULATION FOR RENEWED FINAL APPROVAL BRIEFING SCHEDULE**

The Court has considered the Parties' Joint Stipulation For Renewed Final Approval Briefing Schedule filed on June 13, 2023. Good cause having been shown, the Joint Stipulation is hereby GRANTED as follows:

Plaintiffs' Renewed Motion for Final Approval shall be filed on or before August 11, 2023.

**IT IS SO ORDERED.**

Dated: June 15, 2023.

_____
Honorable Cormac J. Carney
Judge, United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28