UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

IN RE CONAGRA FOODS, INC.

Case No. CV 11-05379-CJC (AGRx)

MDL No. 2291

**CLASS ACTION**

**ORDER GRANTING JOINT STIPULATION FOR RENEWED FINAL APPROVAL BRIEFING SCHEDULE**

The Court has considered the Parties' Joint Stipulation For Renewed Final Approval Briefing Schedule filed on August 10, 2023. Good cause having been shown, the Joint Stipulation is hereby GRANTED as follows:

Plaintiffs' Renewed Motion for Final Approval shall be filed on or before August 21, 2023.

**IT IS SO ORDERED.**

Date: August 11, 2023

Honorable Cormac J. Carney
United States District Judge

ORDER GRANTING JOINT STIPULATION FOR RENEWED FINAL APPROVAL BRIEFING SCHEDULE